Attachment 1

```
RUN DATE 07/09/04                                                    PAGE: 01
RUN TIME 10:50 AM

                    * * * * CLERK'S ENTRIES * * * *        2004-06-002918-B

JUVENAL ESPARZA RICO
                                                                 06    03   04
     VS

ARNULFO FLORES JR. ET AL.                              (10)    DAMAGES


00634701
ALBERTO T. GARCIA III
500 WEST PECAN BLVD.
MCALLEN, TEXAS                  78501 0000

00711601
TODD O. LAFFERTY
P.O. BOX 510
WATONGA, OKLAHOMA               73772 0000


06/03/04  ORIGINAL PETITION FILED
06/03/04  CITATION: ARNULFO FLORES JR           FILED: 06/03/04
06/03/04     SERVED: 06/09/04
06/03/04  CITATION: NORMA ARRIAGA TREVINO       FILED: 06/03/04
06/03/04     SERVED: 06/09/04
06/03/04  CITATION: UNION PACIFIC CORPORATION   FILED: 06/30/04
06/03/04     SERVED:
06/03/04  CITATION: UNION PACIFIC RAILROAD
          COMPANY
06/03/04     SERVED:
06/03/04  CITATION: AT & L RAILROAD COMPANY INC.
06/03/04     SERVED: 06/14/04                   FILED: 06/30/04
06/03/04  CITATION: ARCHER DANIELS MIDLAND
          COMPANY
06/03/04     SERVED: 06/10/04                   FILED: 06/30/04
06/03/04  JURY FEE: Pd. by ALBERTO T. GARCIA III
06/03/04  CITATION (CM): UNION PACIFIC
          CORPORATION
06/03/04     SERVED: 06/14/04                   FILED: 06/21/04
06/25/04  PLFS' FIRST AMENDED ORIGINAL PETITION
          (RMOCHOA)
06/25/04  ORIGINAL ANSWER: AT & L RAILROAD
          COMPANY INC.
06/25/04  DEFT, A T & L RAILROAD COMPANY, INC.'S
          SPECIAL APPEARANCE AND
          SUBJECT THERTO, PLEA IN ABATEMENT
          AND ORIGINAL ANSWER (RMO)
06/28/04  CITATION: UNION PACIFIC RAILROAD
          COMPANY
```

```
RUN DATE 07/09/04                                              PAGE: 02
RUN TIME 10:50 AM                                      2004-06-002918-B

JUVENAL ESPARZA RICO
                            * * * * CLERK'S ENTRIES * * * *
   VS

ARNULFO FLORES JR. ET AL.

                                 00634701
                                 ALBERTO T. GARCIA III
                                 500 WEST PECAN BLVD.
                                 MCALLEN, TEXAS              78501 0000    (10)       06   03   04
                                                             DAMAGES
                                 00711601
                                 TODD O. LAFFERTY
                                 P.O. BOX 510
                                 WATONGA, OKLAHOMA           73772 0000

                                         SERVED:
                                 06/28/04 ORIGINAL ANSWER: ARCHER DANIELS
                                 06/30/04 MIDLAND COMPANY
                                 06/30/04 ORIGINAL ANSWER OF DEFENDANT
                                          ARCHER-DANIELS-MIDLAND CO. (RMO)
                                 07/02/04 ORIGINAL ANSWER: UNION PACIFIC
                                          RAILROAD COMPANY
                                 07/02/04 ORIGINAL ANSWER: UNION PACIFIC
                                          CORPORATION
                                 07/06/04 ORIGINAL ANSWER: ARNULFO FLORES JR
```