Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.048.01

NO. 2004-06-002918-B    **ORIGINAL**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: UNION PACIFIC CORPORATION
350 N. ST PAUL
DALLAS TEXAS 75201

the _____ DEFENDANT _____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said PETITION was filed on JUNE 03, 2004. A copy of same accompanies this citation.

The file number of said suit being No. 2004-06-002918-B.

The style of the case is:

JUVENAL ESPARZA RICO
VS.
ARNULFO FLORES JR. ET AL.

Said petition was filed in said court by ALBERTO T. GARCIA III (Attorney for PLAINTIFF), whose address is 500 WEST PECAN BLVD. MCALLEN, TEXAS 78501.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 3rd day of JUNE, A.D. 2004.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

**RETURN OF OFFICER**

Came to hand the 9th day of June, 2004, at 11:20 o'clock A.M., and executed (not executed) on the ___ day of _____, by delivering to Union Pacific Corporation, c/o C.J. Corporation System in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Plaintiff's Original Petition. Sent by Certified Mail #7002 3750 0026 8391 8320 350N. St. Paul St., Dallas, Texas 75201

Cause of failure to execute this citation is: _____

Sheriff/constable Cameron County,

By Marilyn Stroud, Civil Process Server, Deputy

FEES serving 1 copy
Total........ $ _____
Fees paid by: _____

FILED _____ O'CLOCK ___ M
AURORA DE LA GARZA, CLERK

JUN 21 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
By _____ Deputy

Citation for Personal Service - NON-RESIDENT NOTICE     Lit. Seq. # 5.049.01

No. 2004-06-002918-B

**COPY**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: UNION PACIFIC RAILROAD COMPANY
808 TRAVIS, SUITE 620
HOUSTON TEXAS 77002

UNION PACIFIC
LAW DEPARTMENT

JUN 2 5 2004

RECEIVED

the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said PETITION was filed on JUNE 03, 2004. A copy of same accompanies this citation.

The file number of said suit being No. 2004-06-002918-B.

The style of the case is:

JUVENAL ESPARZA RICO
VS.
ARNULFO FLORES JR. ET AL.

Said petition was filed in said court by ALBERTO T. GARCIA III
attorney for PLAINTIFF (_____), whose address is
110 WEST PECAN BLVD. MCALLEN, TEXAS 78501

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 3rd day of JUNE, A.D. 2004.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78621

## RETURN OF OFFICER

Came to hand the 9th day of June, 2004, at 11:20 o'clock A.M., and executed (not executed) on the ____ day of _____, 2004, by delivering to Union Pacific Railroad Company c/o Merrick Chretien, General Solicitor via certified mail in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Plaintiff's Original Petition #7002 3150 0006 2337 9315 sent by Certified Mail 808 Travis Suite 620 Houston, Texas 77002.

Cause of failure to execute this citation is: _____

FEES serving 1 copy        Sheriff/constable Cameron County,

Total........$ _____        By Marilyn Strong, Deputy
                              Civil Process Server

Fees paid by: _____

Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>   Lit. Seq. # <u>5.050.01</u>

No. <u>2004-06-002918-B</u>

THE STATE OF TEXAS                    **ORIGINAL**

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: <u>AT & L RAILROAD COMPANY INC.</u>
    <u>P.O. BOX 29</u>
    <u>WATONGA, OKLAHOMA 73772</u>

the _____<u>DEFENDANT</u>_____, GREETING:

You are commanded to appear by filing a written answer to the

<u>PLAINTIFF'S ORIGINAL PETITION</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>138th</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____<u>PETITION</u>_____ was filed on <u>JUNE 03, 2004</u>. A copy of same accompanies this citation.

The file number of said suit being No. <u>2004-06-002918-B</u>.

The style of the case is:

<u>JUVENAL ESPARZA RICO</u>
<u>VS.</u>
<u>ARNULFO FLORES JR. ET AL.</u>

Said petition was filed in said court by _____<u>ALBERTO T. GARCIA III</u>_____
(Attorney for _____<u>PLAINTIFF</u>_____), whose address is
<u>500 WEST PECAN BLVD. MCALLEN, TEXAS  78501</u>.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the <u>3rd</u> day of <u>JUNE</u>, A.D. <u>2004</u>.

_____<u>AURORA DE LA GARZA</u>_____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

BY: _____, Deputy

RETURN OF OFFICER

Came to hand the __8th__ day of __June__, __2004__, at __9:00__ o'clock __A__.M., and executed (not executed) on the __14th__ day of __June__, __2004__ by delivering to __AT&L Railroad Co. Inc.__ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the __Original Petition__ _____.

Cause of failure to execute this citation is: _____
_____.

FEES serving 1 copy
Total....... $_____           Sheriff/constable _____ County,
Fees paid by: _____                By __Albert Garza__ Deputy

Results Unlimited Investigations

FILED ____ O'CLOCK ____ M
AURORA DE LA GARZA DIST. CLERK
JUN 30 2004    F-E2
DISTRICT COURT OF CAMERON COUNTY, TEXAS
                                    DEPUTY
__Diema Vega__

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.051.01

No. 2004-06-002918-B

**ORIGINAL**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ARCHER DANIELS MIDLAND COMPANY
350 N. ST PAUL STREET
DALLAS TEXAS 75201

the     DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said     PETITION     was filed on    JUNE 03, 2004    . A copy of same accompanies this citation.

The file number of said suit being No. 2004-06-002918-B.

The style of the case is:

JUVENAL ESPARZA RICO
VS.
ARNULFO FLORES JR. ET AL.

Said petition was filed in said court by     ALBERTO T. GARCIA III    
(Attorney for     PLAINTIFF    ), whose address is
500 WEST PECAN BLVD. MCALLEN, TEXAS 78501    .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 3rd day of    JUNE   , A.D. 2004.

AURORA DE LA GARZA   , DISTRICT CLERK
Cameron County, Texas
.. Harrison St.
Brownsville, Texas 78521

BY: Diana Vega    , Deputy

R E T U R N   O F   O F F I C E R

Came to hand the __8th__ day of __June__, __2004__ at __12:10__ o'clock __A__.M., and executed (not executed) on the __10th__ day of __June__, __2004__ by ~~delivering to~~ __Certified Mail__ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the __Plaintiff's Original Petition__.

Cause of failure to execute this citation is: _____

FEES serving 1 copy
Total....... $_____
Fees paid by: _____

Sheriff/constable _____ County,
By __Albert Garcia Sr.__, Deputy

Results Unlimited Investigations

FILED _____ O'CLOCK __P__ M
AURORA DE LA GARZA DIST. CLERK

JUN 30 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.046.01

No. 2004-06-002918-B    **ORIGINAL**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ARNULFO FLORES JR
1801 ANNETTE STREET
KINGSVILLE TEXAS 78363

the    DEFENDANT   , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    PETITION    was filed on JUNE 03, 2004. A copy of same accompanies this citation.

The file number of said suit being No. 2004-06-002918-B.

The style of the case is:

JUVENAL ESPARZA RICO
VS.
ARNULFO FLORES JR. ET AL.

Said petition was filed in said court by    ALBERTO T. GARCIA III    (Attorney for PLAINTIFF), whose address is 500 WEST PECAN BLVD. MCALLEN, TEXAS 78501.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 3rd day of JUNE, A.D. 2004.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 Harrison St.
Brownsville, Texas 78521

BY: _____, Deputy

RETURN OF OFFICER  9:20 AM

Came to hand the __8th__ day of __June__, __2004__, at __12:10__ o'clock __A__.M., and executed (not executed) on the __9th__ day of __June__, __2004__, by delivering to __Arnulfo Flores Jr.__ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the __Plantiff's Original Petition__.

Cause of failure to execute this citation is: _____
_____.

FEES serving 1 copy

Total....... $_____        Sheriff/constable _____ County,

Fees paid by: _____                By __Albert Garcia Sr.__ Deputy

Results Unlimited Investigations

FILED
AURORA DE LA GARZA DIST. CLERK
JUN 30 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

Citation for Personal Service   - GENERAL        Lit. Seq. # 5.047.01

No. 2004-06-002918-B

T H E   S T A T E   O F   T E X A S        **ORIGINAL**

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: NORMA ARRIAGA TREVINO
706 E. FILMORE AVE.
HARLINGEN, TEXAS 78550

the   DEFENDANT   , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    PETITION    was filed on   JUNE 03, 2004  . A copy of same accompanies this citation.

The file number of said suit being No. 2004-06-002918-B.

The style of the case is:

JUVENAL ESPARZA RICO
VS.
ARNULFO FLORES JR. ET AL.

Said petition was filed in said court by   ALBERTO T. GARCIA III   (Attorney for    PLAINTIFF   ), whose address is 500 WEST PECAN BLVD. MCALLEN, TEXAS 78501.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 3rd day of   JUNE  , A.D. 2004.



AURORA DE LA GARZA   , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

BY _____, Deputy

RETURN OF OFFICER    4:25 P/O

Came to hand the __8th__ day of __June__, __2004__, at __12:10__ o'clock __A__.M., and executed (not executed) on the __9th__ day of __June__, __2004__ by delivering to __Norma Arriaga Trevino__ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the __Plaintiff's Original Petition__ .

Cause of failure to execute this citation is: _____
_____.

FEES serving 1 copy

Total....... $_____          Sheriff/constable _____ County, TEXAS

Fees paid by: _____    By __Albert Garcia__ Deputy

Results Unlimited Investigations

FILED _____ O'CLOCK __P__ M
AURORA DE LA GARZA DIST. CLERK
JUN 3 0 2004
DISTRICT COURT OF _____ COUNTY, TEXAS
_____ DEPUTY