CAUSE NO. 2004-06-002918-B

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL | : : : : : : | IN TH DISTRICT COURT |
| VS. | : : | OF CAMERON COUNTY, TEXAS |
| ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO, A/K/A NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC., AND ARCHER DANIELS MIDLAND COMPANY | : : : : : : | 138TH JUDICIAL DISTRICT |

FILED 3:10 O'CLOCK P M
AURORA DE LA GARZA DIST.
JUN 3 0 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

**ORIGINAL ANSWER OF DEFENDANT
ARCHER-DANIELS-MIDLAND COMPANY**

TO THE SAID HONORABLE COURT:

COMES NOW ARCHER-DANIELS-MIDLAND COMPANY, one of the Defendants in the above styled and numbered cause, and files this its Original Answer in reply to Plaintiffs' Original Petition and in connection therewith would respectfully show unto the Court the following:

I.

General Denial

This Defendant denies each and every material allegation in Plaintiffs' petition contained, and says that the same are not true, in whole or in part, and demands strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, this Defendant prays that upon final hearing hereof that Plaintiffs not recover as prayed for in Plaintiffs' Original Petition, and for such other and further relief, at law or in equity, as it may show itself justly entitled to receive.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
(956) 428-7495
(956) 428-2954 (fax)

By_____
Tom Lockhart
State Bar No. 12473500
Cameron Co. ID No. 1207

ATTORNEYS FOR DEFENDANT
ARCHER-DANIELS-MIDLAND COMPANY

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 30th day of June, 2004.

Mr. Alberto T. Garcia, III
LAW OFFICE OF ALBERTO T. GARCIA, III
500 West Pecan Boulevard
McAllen, TX 78501

Tom Lockhart