B-04-117

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; MARIA INES MUNOZ BRIONES, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, INGRI MARVELLA REYES MUNOZ AND CLARISA YAJAIRA REYES MUNOZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, JUAN ENRIQUE REYES MEZA; JUAN ANTONIO REYES AGUILAR, INDIVIDUALLY; IRENE GODINEZ CARDONA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR SON, ROBERTO ESPARZA GODINEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, ROBERTO ESPARZA RICO; CLEMENTINA SANCHEZ, INDIVIDUALLY; EVA CRISTINA SANCHEZ SIERRA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN KARLA LIZETH AMADOR SANCHEZ, NANCY MARISOL AMADOR SANCHEZ AND FRANCIS ESTEFANIA AMADOR SANCHEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, PEDRO AMADOR LOPEZ; MANUEL DE JESUS DOBLADO AVILA, INDIVIDUALLY, DELMIRA SOLER DOBLADO, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN NELIS AVILA SOLER, EVER AVILA SOLER, AND ELMER ROBERTO AVILA SOLER, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND ISIDRO AVILA BUESO; LUDIS YESENIA AVILA SOLER, INDIVIDUALLY; OBDULIA FERRUFINO BURGOS, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR GRANDCHILDREN JONATHAN JOEL GUTIERREZ FERRUFINO, LELY AMPAO CANALES FERRUFINO, LELY AMPARO CANALES FERRUFINO, IVY ROXANA CANALES FERRUFINO, OSCAR ALFREDO FERRUFINO, JAIRO MAURICIO FERRUFINO, KATHERINE | CIVIL ACTION NO. _____<br><br>JURY REQUESTED |

| | |
|---|---|
| NINOSKA CANALES FERRUFINO, JENNIFER GUADALUPE FERRUFINO, AND ELMER NOE FERRUFINO, AND AS A SURVIVING HEIR OF THE ESTATES OF HER DAUGHTERS, ROSIBEL FERRUFINO AND LELY ELIZABETH FERRUFINO, AND HER GRANDDAUGHTER LESLY ESMERALDA FERRUFINO; ROSA DELIA HERNANDEZ DE ARDON, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN HAROLD MAURICIO ARDON HERNANDEZ MARELYN IVETTE ARDON HERNANDEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, DOMINGO ARDON SIBRIAN; SIXTO ACEVEDO AND MARIA EMILIA PEREZ, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, BYRON ADNER ACEVEDO PEREZ, <br>    Plaintiffs <br><br>VS. <br><br>ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC. AND ARCHER DANIELS MIDLAND COMPANY <br>    Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

## INDEX OF ATTORNEYS

1. Alberto T. Garcia III
    State Bar No. 00787515
    Southern District Admissions No. Unknown
    LAW OFFICES OF ALBERTO T. GARCIA, III, PC
    500 West Pecan Boulevard
    McAllen, Texas 78501
    (956) 971-0999
    (956) 971-0991 – fax
    Attorneys for Plaintiffs

2. Todd O. Lafferty
   Texas Bar No. 00784431
   P. O. Box 510
   Watonga, Oklahoma 73772
   (580) 623-7265
   (580) 623-2343 - fax
   Attorneys for Defendant A T & L Railroad Company, Inc. and Archer-Daniels Midland Company

3. Tom Lockhart
   State Bar No. 12473500
   Southern District Admissions No. 2257
   ADAMS & GRAHAM, LLP
   Post Office Drawer 1429
   Harlingen, Texas 78551-1429
   (956) 428-7495
   (956) 428-2954 - fax
   Attorneys for Defendant A T & L Railroad Company, Inc. and Archer-Daniels Midland Company

4. Mitchell C. Chaney
   State Bar No. 04107500
   Southern District Admissions No. 1918
   Joseph A. "Tony" Rodriguez
   State Bar No. 17146600
   Southern District Admissions No. 10107
   R. Patrick Rodriguez
   State Bar No. 24002861
   Southern District Admissions No. 22949
   RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
   1201 East Van Buren
   Post Office Box 2155
   Brownsville, Texas 78522
   (956) 542-7441
   (956) 541-2170 – fax
   Attorneys for Defendants Union Pacific Railroad Company and Union Pacific Corporation