United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, *et al.* | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | CIVIL ACTION B-04-117 |
| ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC., AND ARCHER DANIELS MIDLAND COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### SUBJECT TO ITS SPECIAL APPEARANCE, DEFENDANT AT&L RAILROAD COMPANY'S DESIGNATION OF INTERESTED PARTIES AND COUNSEL IN CHARGE

Subject to its Special Appearance challenging personal jurisdiction, AT&L RAILROAD COMPANY ("Defendant") files the following designation of interested parties pursuant to the Court's Order Setting Conference filed July 9, 2004:

A T & L Railroad Company           Alleged Defendant in the above suit.
2nd Street & Nash Blvd.
Watonga, Oklahoma  73772
(580) 623-5477

-1-

| | |
|---|---|
| Tom Lockhart<br>ADAMS & GRAHAM, L.L.P.<br>P. O. Drawer 1429<br>Harlingen, Texas 78551-1429<br>(956) 428-7495<br>(956) 428-2954 FAX | Counsel for AT&L Railroad Co. |
| Todd O. Lafferty<br>Attorney at Law<br>P. O. Box 510<br>Watonga, OK 73772<br>(580) 623-7265<br>(580) 623-2343 FAX | Counsel for AT&L Railroad Co. |
| Wheeler Brothers Grain Company<br>505 West Main<br>P. O. Box 29<br>Watonga, OK 73772<br>(580) 623-7265 | Parent company of AT&L Railroad Co. |

Subject to its Special Appearance, Defendant further designates the following attorney as counsel in charge:

Tom Lockhart
Texas Bar No. 12473500
Southern District Admissions No. 2257
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 FAX

Respectfully submitted,

Todd O. Lafferty
Texas Bar No. 00784431
Oklahoma Bar No. 19992
P. O. Box 510
Watonga, OK 73772
(580) 623-7265
(580) 623-2343 FAX

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 FAX

By: _____
Tony Lockhart
Texas Bar No. 12473500
Southern District Admissions No. 2257

**ATTORNEYS FOR DEFENDANT
A T & L RAILROAD COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was this ___12___ day of July, 2004, forwarded to counsel of record by facsimile and regular mail as follows:

| | |
|---|---|
| Alberto T. Garcia III<br>Law Offices of Alberto T. Garcia III, P.C.<br>500 W. Pecan Blvd.<br>McAllen, TX 78501<br><br>FAX: (956) 971-0991 | Counsel for Plaintiffs |
| Mitchell C. Chaney<br>Rodriguez, Colvin, Chaney & Saenz, LLP<br>1201 East Van Buren<br>P. O. Box 2155<br>Brownsville, TX 78522<br><br>FAX: (956) 541-2170 | Counsel for Union Pacific |

_____
Tom Lockhart