**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

JUL 2 2 2004

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | B-04-117 |
|----------|-------------|-------------|----------|

| Juvenal Esparza Rico, et al. |
|---|

| *versus* |
|---|

| Arnulfo Flores, Jr., et al. |
|---|

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| Name: Firm Street City & Zip Code Telephone Licensed: State & Number Admitted U.S. District Court for: | Todd O. Lafferty Attorney at Law P. O. Box 510 Watonga, OK   73772 (580) 623-7265 TX 00784431 Northern District of Texas |
|---|---|

**Seeks to appear as the attorney for this party:**

| A T & L Railroad Company |
|---|
| Dated:   7/16/04 | Signed: _____ |

---

**ORDER**

---

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.   _____

**United States District Judge**