IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO and ARCELIA CONTRERAS ORTEGA, Individually and As the Sole Surviving Heirs of the Estate of their Son, OMAR ESPARZA CONTRERAS; et al. | § § § § § § § | |
| VS. | § § | C. A. No.B-04-117 |
| ARNULFO FLORES, JR.; NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA; UNION PACIFIC CORPORATION; UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC.; and ARCHER DANIELS MIDLAND COMPANY | § § § § § § § § § § | |

United States District Court
Southern District of Texas
FILED

JUL 2 2 2004

Michael N. Milby
Clerk of Court

## UNION PACIFIC RAILROAD CORPORATION AND UNION PACIFIC RAILROAD COMPANY'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COME NOW UNION PACIFIC CORPORATION AND UNION PACIFIC RAILROAD COMPANY and pursuant to paragraph 2 of the Order of Conference, files this Certificate of Financially Interested Persons and states that, at this time, it is unaware of any persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than the following:

### Plaintiffs

Juvenal Esparza Rico And Arcelia Contreras Ortega, Individually
And As The Sole Surviving Heirs Of The Estate Of Their Son, Omar
Esparza Contreras;

Maria Ines Munoz Briones, Individually, As Next Friend Of Her Minor Children,
Ingri Marvella Reyes Munoz And Clarisa Yajaira Reyes Munoz, And As A
Surviving Heir Of The Estate Of Her Husband, Juan Enrique Reyes
Meza;

Juan Antonio Reyes Aguilar, Individually;

Irene Godinez Cardona, Individually, As Next Friend Of Her Minor Son, Roberto
Esparza Godinez, And As A Surviving Heir Of The Estate Of Her Husband,
Roberto Esparza Rico;

Clementina Sanchez, Individually;

Eva Cristina Sanchez Sierra, Individually, As Next Friend Of Her Minor Children Karla Lizeth Amador Sanchez, Nancy Marisol Amador Sanchez And Francis Estefania Amador Sanchez, And As A Surviving Heir Of The Estate Of Her Husband, Pedro Amador Lopez;

Manuel De Jesus Doblado Avila, Individually, Delmira Soler Doblado, Individually, As Next Friend Of Her Minor Children Nelis Avila Soler, Ever Avila Soler, And Elmer Roberto Avila Soler, And As A Surviving Heir Of The Estate Of Her Husband Isidro Avila Bueso; Ludis Yesenia Avila Soler, Individually;

Obdulia Ferrufino Burgos, Individually, As Next Friend Of Her Minor Grandchildren Jonathan Joel Gutierrez Ferrufino, Lely Ampao Canales Ferrufino, Lely Amparo Canales Ferrufino, Ivy Roxana Canales Ferrufino, Oscar Alfredo Ferrufino, Jairo Mauricio Ferrufino, Katherine Ninoska Canales Ferrufino, Jennifer Guadalupe Ferrufino, And Elmer Noe Ferrufino, And As A Surviving Heir Of The Estates Of Her Daughters, Rosibel Ferrufino And Lely Elizabeth Ferrufino, And Her Granddaughter Lesly Esmeralda Ferrufino;

Rosa Delia Hernandez De Ardon, Individually, As Next Friend Of Her Minor Children Harold Mauricio Ardon Hernandez Marelyn Ivette Ardon Hernandez, And As A Surviving Heir Of The Estate Of Her Husband, Domingo Ardon Sibrian; Sixto Acevedo And

Maria Emilia Perez, Individually And As The Sole Surviving Heirs Of The Estate Of Their Son, Byron Adner Acevedo Perez

Alberto T. Garcia III
Law Offices of Alberto T. Garcia III, P.C.
500 West Pecan Boulevard
McAllen, Texas 78501
Attorney for Plaintiffs other than those claiming through Decedents Omar Esparza Contreras And Roberto Esparza Rico

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Boulevard
Houston, TX 77006
Attorney for Plaintiffs claiming through Decedents Omar Esparza Contreras and Roberto Esparza Rico

<u>Union Pacific Corporation</u>, Defendant
Union Pacific Railroad Company is a wholly owned subsidiary of <u>Union Pacific Corporation,</u> Defendant

Mitchell C. Chaney
Joseph A. Rodriguez
R. Patrick Rodriguez
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
Brownsville, TX 78520
Attorneys for Defendant, Union Pacific Railroad Company and Union Pacific Corporation

AT&L Railroad Co., Defendant
2nd Street & Nash Blvd.
Watonga, Oklahoma 73722

Todd O. Lafferty
P. O. Box 510
Watonga, Oklahoma 73772
Attorneys for Defendant A T & L Railroad Company, Inc.

Tom Lockhart
Adams & Graham, LLP
Post Office Drawer 1429
Harlingen, Texas 78551-1429
Attorneys for Defendant A T & L Railroad Company, Inc., and Archer Daniels Midland Company

Wheeler Brothers Grain Company
Parent Company of AT&L Railroad, Co.
505 West Main
P. O. Box 29
Watonga, OK 73772

Defendant Arnulfo Flores, Jr.
Karnes City Correctional Center
810 Commerce St.
Karnes City, TX 78118

Defendant Norma Arriaga Trevino a/k/a Norma Bocanegra

        Respectfully submitted,

        RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP
        1201 East Van Buren
        Post Office Box 2155
        Brownsville, Texas 78522
        (956) 542-7441
        Fax (956) 541-2170

By: _____
        Mitchell C. Chaney
        Federal Admissions No. 1918
        Attorney-in-Charge
        Joseph A. Rodriguez
        Federal ID No. 10107
        R. Patrick Rodriguez
        Federal Admissions No. 22949
Attorneys For Defendants Union Pacific RailRoad Company And Union Pacific Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___ day of July, 2004, a true and correct copy of Defendants Union Pacific Corporation and Union Pacific Railroad Company was served via U.S. Certified Mail, Return Receipt Requested to all counsel of record as hereinbelow noted:

Alberto T. Garcia III
Law Offices of Alberto T. Garcia III, P.C.
500 West Pecan Boulevard
McAllen, Texas 78501
Attorneys for Plaintiffs

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Boulevard
Houston, TX 77006
Attorney for Plaintiff

Todd O. Lafferty
P. O. Box 510
Watonga, Oklahoma 73772
Attorneys for Defendants A T & L Railroad Company, Inc. and Archer-Daniels Midland Company

Tom Lockhart
Adams & Graham, LLP
Post Office Drawer 1429
Harlingen, Texas 78551-1429
Attorneys for Defendants A T & L Railroad Company, Inc. and Archer-Daniels Midland Company

Mr. Arnulfo Flores, Jr.
Karnes City Correctional Center
810 Commerce St.
Karnes City, TX 78118

Ms. Norma Arriaga Trevino
Liberty County Institution
IN#04 133 938 H-1
P.O. Box 10069
Liberty, TX 77575

_____
R, Patrick Rodriguez