IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 26 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL | :<br>:<br>:<br>:<br>:<br>:<br>: |
| VS. | : |
| | : CIVIL ACTION NO. B-04-117 |
| ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO, A/K/A NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC., AND ARCHER DANIELS MIDLAND COMPANY | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT, ARCHER DANIELS MIDLAND COMPANY'S, LIST OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **ARCHER DANIELS MIDLAND COMPANY**, and files its List of Financially Interested Entities and would show the Court as follows:

I.

Pursuant to the Court's Order of Conference dated July 9, 2004, Defendant **ARCHER DANIELS MIDLAND COMPANY** provides the following list of potentially financially interested entities:

Midland Stars, Inc.

Fleischmann Malting Company, Inc.

American River Transportation Co.

Archer Daniels Midland Company          **(publically traded)**

ADM Investor Services, Inc.

ADM Milling Co.

Premiere Agri Technologies, Inc.

ADM Transportation Company

ADM Trucking, Inc.

Gooch Foods, Inc.

Alfred C. Toepfer International, Inc.

ADM/Growmark River System, Inc.

BQ Railroad Company

Hickory Point Bank & Trust

ADM Credit Company, Inc.

ADM Dominican Holdings, Inc.

Intrade-Toepfer U.S. holdings, Inc.

Agrinationa Insurance Co.

ADM Financial Services, Inc.

Archer Financial Services, Inc.

ADM/GPC Holdings, Inc.

Terminal Stevedores, Inc.

Intermare Agency Services, Inc.

ADM Expatriate Service Co., Inc.

Export Elevation Properties, Inc.

Prairie Creek & Connecting Railway, Inc.

ADM Mexico, Inc.

ADM International Holdings, Inc.

ADM European Holdings, Inc.

ADM Securities, Inc.

ADM Export Co.

ADM Rice, Inc.

ADM-ACTI Trade Resources, Inc.

ADM-Geip, Inc.

ADM Netherlands Investments Holdings, Inc.

ADM Italia Holdings, Inc.

ADM Packaged Oils, Inc.

ADM Transport Services, Inc.

Southern Cellulose Products, Inc.

Tampa Bulk Services

ADM Trading Company

Premiere Agri Technologies Asia, Inc.

Premiere Agri Technologies of Mexico, Inc.

Valley Holding, Inc.

ADM Latin America, Inc.

Benson Quinn Commodities, Inc.

ADM Aliance Nutrition, Inc. (Formerly Moorman's, Inc.)

ADM Edible Bean Specialties, Inc. (Formerly Agri Sales, Inc.)

Respectfully submitted,

By _____
Tom Lockhart
State Bar No. 08817000
Federal I.D. No. 2257
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone: (956) 428-7495
Telecopier: (956) 428-2954

**ATTORNEYS FOR DEFENDANT
ARCHER-DANIELS-MIDLAND COMPANY**

## Certificate of Service

I hereby certify that on this the ___ day of July, 2004 a true and correct copy of the above and foregoing pleading was mailed to counsel of record as follows:

Mr. Alberto T. Garcia III
**Law Offices of Alberto T. Garcia III, P.C.**
500 W. Pecan Blvd.
McAllen, Texas 78501
Attorney for Plaintiffs
*Via CMRRR# 7002 2410 0002 3597 9823*

Mr. Patrick Rodriguez
**Rodriguez, Colvin & Chaney & Saenz LLP**
P. O. Box 2155
Brownsville, Texas 78522
Attorneys for Defendants, Union Pacific Railroad Company and Union Pacific Corporation
*Via Regular Mail*

Mr. Todd Lafferty
**Wheeler Brothers Grain Company**
P. O. Box 29
Watonga, OK 73772
Attorney for Defendant, AT&L Railroad Company, Inc.
*Via Regular Mail*

_____
TOM LOCKHART