IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL § § § § § § | CIVIL ACTION NO. B-04-117 |
| VS. § § § | |
| ARNULFO FLORES, JR., ET AL § | |

**PLAINTIFFS' NOTICE OF FILING LISTING
OF FINANCIALLY INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW PLAINTIFFS JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL, and, subject to their pending Opposed Motion to Remand, file this Certificate of Financially Interested Persons and state that, at this time, they are unaware of any persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the following:

1. Plaintiffs:

    a. Juvenal Esparza Rico and Arcelia Contreras Ortega, Individually and as the sole surviving heirs of the estate of their son, Omar Esparza Contreras;

    b. Maria Ines Munoz Briones, Individually, as Next Friend of her minor children, Ingri Marvella Reyes Munoz and Clarisa Yajaira Reyes Munoz, and as a surviving heir of the estate of her husband, Juan Enrique Reyes Meza;

c. Juan Antonio Reyes Aguilar;

d. Irene Godinez Cardona, Individually, as next friend of her minor son, Roberto Esparza Godinez, and as a surviving heir of the estate of her husband, Roberto Esparza Rico;

e. Clementina Sanchez;

f. Eva Cristina Sanchez Sierra, Individually, as Next Friend of her minor children, Karla Lizeth Amador Sanchez, Nancy Marisol Amador Sanchez, Marvin Alexander Amador Sanchez and Francis Estefania Amador Sanchez, and as a surviving heir of the estate of her husband, Pedro Amador Lopez;

g. Manuel De Jesus Doblado Avila;

h. Delmira Soler Doblado, Individually, as next friend of her minor children Nelis Avila Soler, Ever Avila Soler, and Elmer Roberto Avila Soler, and as a surviving heir of the estate of her husband Isidro Avila Bueso;

i. Ludis Yesenia Avila Soler;

j. Obdulia Ferrufino Burgos, Individually, as next friend of her minor grandchildren Jonathan Joel Gutierrez Ferrufino, Lely Amparo Canales Ferrufino, Ivy Roxana Canales Ferrufino, Oscar Alfredo Ferrufino, Jairo Mauricio Ferrufino, Katherine Ninoska Canales Ferrufino, Jennifer Guadalupe Ferrufino, and Elmer Noe Ferrufino, and as a surviving heir of the estates of her daughters, Rosibel Ferrufino and Lely Elizabeth Ferrufino and her granddaughter Lesly Esmeralda Ferrufino;

k. Rosa Delia Hernandez De Ardon, Individually, as next friend of her minor children Harold Mauricio Ardon Hernandez, Marelyn Ivette Ardon Hernandez, and as a surviving heir of the estate of her husband, Domingo Ardon Sibrian;

l. Sixto Acevedo and Maria Emilia Perez, Individually, and as the sole surviving heirs of the estate of their son, Byron Adner Acevedo Perez;

2. Attorneys for Plaintiffs

    a. Alberto T. Garcia III
Law Offices of Alberto T. Garcia III, P.C.
500 W. Pecan Blvd.
McAllen, Texas 78501
Attorney for Plaintiffs, other than those Plaintiffs claiming through decedents Omar Esparza Contreras and Roberto Esparza Rico

    b. Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Boulevard
Houston, Texas 77006
Attorney for Plaintiffs claiming through decedents Omar Esparza Contreras and Roberto Esparza Rico

3. Defendants

    a. Arnulfo Flores, Jr.;
Karnes City Correctional Center
810 Commerce St.
Karnes City, Texas 78118

    b. Ms. Norma Arriaga Trevino
Liberty County Institution
IN# 04 133 938 H-1
P.O. Box 10069
Liberty, Texas 77575

    c. Union Pacific Corporation, and its wholly owned subsidiary Union Pacific Railroad Company;

    d. A T & L Railroad Company, Inc.
2nd Street & Nash blvd.
Watonga, OK 73722

    e. Archer Daniels Midland Company.
4666 Faries Parkway
Decatur, Illinois 62526

4. Attorneys for Defendants

    a. Mitchell C. Chaney
Joseph A. Rodriguez
R. Patrick Rodriguez
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
Brownsville, TX 78520
Attorneys for Union Pacific Corporation and Union Pacific Railroad Company

    b. Todd O. Lafferty
P.O. Box 510
Watonga, OK 73772
Attorney for A T & L Railroad Co., Inc.

    c. Tom Lockhart
Adams & Graham, LLP
P.O. Drawer 1429
Harlingen, TX 78551-1429
Attorneys for A T & L Railroad Co., Inc. and Archer Daniels Midland Company

Respectfully submitted,

**LAW OFFICE OF ALBERTO T. GARCIA III, P.C.**
500 W. Pecan Blvd.
McAllen, Texas 78501
Telephone: 956-971-0999
Fax: 956-971-0991

_____
**ALBERTO T. GARCIA III**
Texas State Bar No. 00787515
Southern District of Texas Bar No. 19679

**ATTORNEY IN CHARGE FOR PLAINTIFFS,
OTHER THAN THOSE CLAIMING THROUGH
DECEDENTS OMAR ESPARZA CONTRERAS
AND ROBERTO ESPARZA RICO**


**THE AMMONS LAW FIRM, L.L.P.**
3700 Montrose Boulevard
Houston, Texas 77006
Telephone: 713-523-1606
Fax: 713-523-4159

_____ w/permission by ATG
**ROBERT E. AMMONS**
Texas State Bar No. 01159820
Southern District of Texas Bar No. 11742

**ATTORNEY IN CHARGE FOR PLAINTIFFS
CLAIMING THROUGH DECEDENTS OMAR
ESPARZA CONTRERAS AND ROBERTO
ESPARZA RICO**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the attorneys listed below on July 26, 2004 by regular mail.

Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

Mr. Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. Todd O. Lafferty
P.O. Box 510
Watonga, Oklahoma 73772

Ms. Norma Arriaga Trevino
Liberty County Institution
IN# 04 133 938 H-1
P.O. Box 10069
Liberty, Texas 77575

Mr. Arnulfo Flores, Jr.
Karnes City Correctional Center
810 Commerce St.
Karnes City, Texas 78118

_____
Albert Garcia