UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 2 2 2004

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Case Number | B-04-117 |
|---|---|---|---|

Juvenal Esparza Rico, et al.

*versus*

Arnulfo Flores, Jr., et al.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Todd O. Lafferty |
|---|---|
| Firm | Attorney at Law |
| Street | P. O. Box 510 |
| City & Zip Code | Watonga, OK  73772 |
| Telephone | (580) 623-7265 |
| Licensed: State & Number | TX 00784431 |
| Admitted U.S. District Court for: | Northern District of Texas |

Seeks to appear as the attorney for this party:

A T & L Railroad Company

Dated: 7/16/04        Signed: [signature]

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on August 13, 2004.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98