United States District Court
Southern District of Texas
FILED

NOV 2 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, Individually and As the Sole Surviving Heirs of the Estate of their Son, OMAR ESPARZA CONTRERAS; et al. § § § § § § VS. § § ARNULFO FLORES, JR.; ET AL. § | C.A. NO. B-04-117 |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
### TO APPEAR IN PLACE OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Now comes, Plaintiffs, and file this Unopposed Motion for Leave to Appear in Place of Attorney-in-Charge, and would show the Court as follows:

The Status Conference in this matter is currently scheduled for Monday, November 22, 2004 at 9:30 a.m. Robert E. Ammons of The Ammons Law Firm, LLP, has been designated as attorney-in-charge for Plaintiffs in this matter. Mr. Ammons has a conflict and is unable to attend the November 22, 2004 Status Conference.

Robert E. Ammons has designated Kay K. Morgan of The Ammons Law Firm, LLP to attend the Status Conference in his place. Kay K. Morgan is informed of this case, is knowledgeable concerning the issues, and has full authority from Robert E. Ammons and Plaintiffs to bind Plaintiffs at the Status Conference.

Defendants' counsel has been contacted and it is believed that there is no opposition to this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave for Kay K.

Morgan to appear at the Status Conference in place of Robert E. Ammons, attorney-in-charge.

                    Respectfully submitted,

                    THE AMMONS LAW FIRM, L.L.P.

                    Robert E. Ammons
                    State Bar No. 01159820
                    Kay K. Morgan
                    State Bar No. 05358600
                    3700 Montrose
                    Houston, Texas 77006
                    Telephone:  713.523.1606
                    Facsimile:   713.523.4159
                    Attorney-In-Charge for Plaintiffs

## CERTIFICATE OF CONFERENCE

On the 19th day of November, 2004, Robert E. Ammons sent correspondence to Defendants' counsel concerning the substance of this Motion. It is understood that Defendants' counsel has no opposition to this Motion.

                    Robert E. Ammons

## CERTIFICATE OF SERVICE

The undersigned authority hereby certifies that a true and correct copy of the foregoing instrument has been served upon all known counsel of record via certified mail, return receipt requested, facsimile, first class mail, or hand delivery on November 19, 2004.

                    Robert E. Ammons