IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 22 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, Individually and As the Sole Surviving Heirs of the Estate of their Son, OMAR ESPARZA CONTRERAS; et al. | § § § § § § § § § | C.A. NO. B-04-117 |
| VS. | | |
| ARNULFO FLORES, JR.; ET AL. | | |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR IN PLACE OF ATTORNEY-IN-CHARGE

On the 22nd day of November, 2004, came Plaintiffs' Unopposed Motion for Leave to Appear in Place of Attorney-in-Charge. After considering the Motion, the Court finds that the Unopposed Motion for Leave to Appear in Place of Attorney-in-Charge should be and is hereby GRANTED.

IT IS, HEREBY, ORDERED, that Kay K. Morgan of The Ammons Law Firm, LLP is hereby granted leave to appear in place of Robert E. Ammons of The Ammons Law Firm, LLP, attorney-in-charge, at the Status Conference on November 22, 2004, at 9:30 a.m.

SIGNED this 22nd day of November, 2004.

_____
United States District Judge