IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, *et al.* | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | CIVIL ACTION B-04-117 |
| ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC., AND ARCHER DANIELS MIDLAND COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT, AT&L RAILROAD COMPANY, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICITON**

On this day, the Court considered Defendant, AT&L Railroad Company, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction. After considering the motion, response, reply, and supporting evidence, the Court finds that the Motion is well founded and should be granted.

-2-

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, AT&L Railroad Company, Inc., is not subject to personal jurisdiction in Texas, that Defendant AT&L Railroad Company, Inc. is dismissed from the above-entitled suit for lack of personal jurisdiction, and that all of Plaintiffs' claims asserted or that could have been asserted against Defendant, AT&L Railroad Company, Inc. in the above-entitled suit are dismissed for lack of personal jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties bear their own costs and attorneys' fees incurred in connection with Defendant AT&L Railroad Company, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction.

Signed this _____ day of _____, 2005.

_____
PRESIDING JUDGE