IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL | § § § § § § § § § § |
| VS. | |
| ARNULFO FLORES, JR., ET AL | |

CIVIL ACTION NO. B-04-117

## NOTICE OF CHANGE OF ADDRESS, TELEPHONE and FACSIMILE NUMBERS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alberto T. Garcia III, attorney for Plaintiff in the above entitled and numbered cause, and files this notice advising the Court and all parties that he has moved and that effective March 21, 2004, the new address, telephone and facsimile numbers will be as follows:

LAW OFFICE OF ALBERTO T. GARCIA III
10125 North 10th Street, Suite E
McAllen, Texas 78504
956/380-3700 Telephone
956/380-3703 Telecopier

Plaintiff requests that all future notices, correspondence and pleadings be served upon Plaintiff's counsel at that address.

Respectfully submitted,

**LAW OFFICE OF ALBERTO T. GARCIA III P.C.**
10125 North 10th Street, Suite E
McAllen, Texas 78504
Telephone: 956-380-3700
Fax: 956-380-3703

_____
**ALBERTO T. GARCIA III**
Texas State Bar No. 00787515
Southern District of Texas Bar No. 19679

**ATTORNEY IN CHARGE FOR PLAINTIFFS, OTHER THAN THOSE CLAIMING THROUGH DECEDENTS OMAR ESPARZA CONTRERAS AND ROBERTO ESPARZA RICO**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the attorneys listed below on March 23rd, 2005 by regular mail.

Mr. Robert E. Ammons
THE AMMONS LAW FIRM, L.L.P.
3700 Montrose Boulevard
Houston, Texas 77006

Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

Mr. Tom Lockhart
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. Todd O. Lafferty
P.O. Box 510
Watonga, Oklahoma 73772

Ms. Norma Arriaga Trevino
Liberty County Institution
IN# 04 133 938 H-1
P.O. Box 10069
Liberty, Texas 77575

Mr. Arnulfo Flores, Jr.
Karnes City Correctional Center
810 Commerce St.
Karnes City, Texas 78118

_____
Albert Garcia