United States District Court
Southern District of Texas
FILED

APR 28 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL § § § § § § § § § § | CIVIL ACTION NO. B-04-117 |
| VS. | |
| ARNULFO FLORES, JR., ET AL | |

**PLAINTIFFS' MOTION TO MODIFY**
**JOINT DISCOVERY/CASE MANAGEMENT PLAN**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW PLAINTIFFS JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL and file their Motion to Modify Joint Discovery/Case Management Plan and would show the Court as follows:

I.

**BACKGROUND**

This wrongful death case was filed in a Texas District Court on June 3, 2004. Soon thereafter, Defendant Union Pacific removed the case to this Court claiming that Plaintiffs improperly joined two Texas defendants (Flores and Trevino). On July 19, 2004 Plaintiffs filed a Motion to Remand with this Court establishing that Defendants Flores and Trevino were properly joined. This Court held an initial pretrial conference on November 22, 2004, where it heard arguments from all parties regarding Plaintiffs' Motion to Remand. The Court has not ruled on the Motion to Remand.

On October 29, 2004 the parties filed their Joint Discovery/Case Management Plan. *A copy of the plan is attached hereto as Exhibit A.* All of the discovery deadlines that the parties proposed are triggered by the date of the Court's ruling on Plaintiffs' Motion to Remand. For example, the parties proposed to make their initial disclosures within 30 days of the Court's ruling on the Motion for Remand. *Exhibit A, ¶ 8.* Furthermore, the parties also proposed to send interrogatories to each other within 60 days of the Court's ruling on the Motion to Remand and finish depositions within 12 months of the Court's ruling. *Id., ¶ 9.* Because the Court has not yet ruled on the Motion for Remand, the parties have not engaged in any discovery, as they agreed in the plan.

At the Court's November 22, 2004 scheduling conference, the Court did not enter a scheduling order pending its ruling on Plaintiff's Motion for Remand. *See Minute Entry dated 11/22/04 attached as Exhibit B.*

## II.

## **MOTION TO MODIFY**

Plaintiffs would like to begin conducting discovery in this case, without waiving its motion to remand. Plaintiffs believe they are entitled to being conducting discovery, despite its agreements set out in the discovery control plan, because the Court has not entered a scheduling order. However, because Plaintiffs did agree not to begin discovery until such time as the Court rules on their Motion to Remand, Plaintiffs request an order of the Court allowing them to begin conducting discovery (1) even though the Court has

not ruled on the Motion for Remand and (2) despite the agreements set out in the discovery control plan.

## III.

## **CONCLUSION**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court enter an order allowing them to begin conducting discovery in this case as soon as possible, and for all other and further relief, either at law or in equity, to which PLAINTIFFS may show themselves justly entitled.

Respectfully submitted,

**LAW OFFICE OF ALBERTO T. GARCIA III**
10125 N. 10th Street, Suite E
McAllen, Texas 78504
Telephone: 956-380-3700
Fax: 956-380-3703

_____
**ALBERTO T. GARCIA III**
Texas State Bar No. 00787515
Southern District of Texas Bar No. 19679

**ATTORNEY IN CHARGE FOR PLAINTIFFS, OTHER THAN THOSE CLAIMING THROUGH DECEDENTS OMAR ESPARZA CONTRERAS AND ROBERTO ESPARZA RICO**

**THE AMMONS LAW FIRM, L.L.P.**
3700 Montrose Boulevard
Houston, Texas 77006
Telephone: 713-523-1606
Fax: 713-523-4159

_Robert Ammons by ATG / with permission_
**ROBERT E. AMMONS**
Texas State Bar No. 01159820
Southern District of Texas Bar No. 11742

**ATTORNEY IN CHARGE FOR PLAINTIFFS CLAIMING THROUGH DECEDENTS OMAR ESPARZA CONTRERAS AND ROBERTO ESPARZA RICO**

4

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with opposing counsel about modifying the joint discovery/case management plan via letter dated 3/23/05 and we were unable to resolve the matter. A copy of the 3/23/05 letter is attached hereto as Exhibit C.

_____
Albert Garcia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the attorneys listed below on April 26, 2005 by fax and/or regular mail.

| | |
|---|---|
| Mr. Mitchell C. Chaney<br>RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.<br>1201 East Van Buren<br>Post Office Box 2155<br>Brownsville, Texas 78522 | Via Fax |
| Mr. Tom Lockhart<br>ADAMS & GRAHAM, L.L.P.<br>P.O. Drawer 1429<br>Harlingen, Texas 78551-1429 | Via Fax |
| Mr. Todd O. Lafferty<br>P.O. Box 510<br>Watonga, Oklahoma 73772 | Via Regular Mail |
| Ms. Norma Arriaga Trevino<br>Liberty County Institution<br>IN# 04 133 938 H-1<br>P.O. Box 10069<br>Liberty, Texas 77575 | Via Regular Mail |
| Mr. Arnulfo Flores, Jr.<br>Karnes City Correctional Center<br>810 Commerce St.<br>Karnes City, Texas 78118 | Via Regular Mail |

_____
Albert Garcia