# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA | § | |
| CONTRERAS ORTEGA, INDIVIDUALLY | § | |
| AND AS THE SOLE SURVIVING HEIRS OF | § | |
| THE ESTATE OF THEIR SON, OMAR | § | |
| ESPARZA CONTRERAS; ET AL | § | CIVIL ACTION NO. B-04-117 |
| | § | |
| VS. | § | |
| | § | |
| ARNULFO FLORES, JR., ET AL | § | |

## ORDER ON PLAINTIFFS' MOTION TO MODIFY
## JOINT DISCOVERY/CASE MANAGEMENT PLAN

CAME TO BE CONSIDERED Plaintiffs' Motion to Modify Joint Discovery/Case Management Plan, and after considering the Motion, and any response filed thereto, the Court is of the opinion that the Motion is well taken and should in all respects be GRANTED. IT IS THEREFORE ORDERED that Plaintiffs may begin conducting discovery as soon as possible, without waiving their Motion for Remand.

SIGNED AND ENTERED THIS _____ day of _____, 2005.

_____

Judge Presiding

6