UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARACELIA CONTRERAS ORTEGA, Individually and As the Sole Surviving Heirs of the Estate of their Son, OMAR ESPARZA CONTRERAS; et al. | § § § § § § | |
| | § | CIVIL ACTION NO. B-04-117 |
| VS. | § § | |
| ARNULFO FLORES, JR.; et al. | § | |

# ORDER

CAME TO BE CONSIDERED Plaintiffs' Motion to Modify Joint Discovery/Case Management Plan [Docket No. 24], and after considering the Motion the court is of the opinion that the Motion is well taken and should in all respects be GRANTED. IT IS THEREFORE ORDERED that all parties may begin conducting discovery and shall continue to prosecute or defend this matter, even if any party chooses to appeal under Title 28 § 1292(b) as set forth in the court's opinion on the Motion to Remand. The parties are to submit an agree proposed scheduling order by **May 27, 2005**. Then the court will schedule a hearing on that proposal.

Signed this 6th day of May, 2005.

_____
Andrew S. Hanen
United States District Judge