UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND § <br> ARACELIA CONTRERAS ORTEGA, § <br> Individually and As the Sole Surviving § <br> Heirs of the Estate of their Son, OMAR § <br> ESPARZA CONTRERAS; et al. § <br> § <br> VS. § <br> § <br> ARNULFO FLORES, JR.; et al. § | CIVIL ACTION NO. B-04-117 |

## MEMORANDUM OPINION AND ORDER

Before this court is the Motion to Dismiss for Lack of Personal Jurisdiction filed by AT&L Railroad Company, Inc. (hereinafter "AT&L"). This court today, having ruled that it has removal jurisdiction, now turns to this Motion to Dismiss. It was filed in the form of a Special Appearance in state court prior to the removal of the case by a co-defendant. The defendant is an Oklahoma short line railroad. It does not do business in Texas. It has not done any business in Texas for the last ten years. It has 48 miles of track totally within the State of Oklahoma. It transfers grain from Watonga, Oklahoma to El Reno, Oklahoma where the grain is transferred to the possession of the Union Pacific. It has not entered into any contracts in Texas and it has not received any money from Texas residents. Finally, it does not own or lease any grain hoppers in Texas or Mexico.

The plaintiffs asked for and received time to do some discovery on this jurisdictional issue and then to respond. While they have filed a response, they have not provided this court with any evidence that would contradict the evidence offered by AT&L nor has it presented any evidence to indicate that this court has jurisdiction, either specific or general, over AT&L.

As such, this court holds that it has neither general or specific jurisdiction over the defendant

AT&L.  The defendant's Motion to Dismiss (styled as a special appearance) is granted pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.  The Motion to Abate contained in the same document is denied as moot.

    Signed this 6th day of May, 2005.

                                                               Andrew S. Hanen
                                                               United States District Judge