| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | United States District Court |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | Michael N. Milby Clerk of Court |

| 1. NAME R. Patrick Rodriguez | 2. PHONE NUMBER 956-542-7441 | 3. DATE 05- |
|---|---|---|
| 4. MAILING ADDRESS 1201 E. Van Buren | 5. CITY Brownsville | 6. STATE TX  ZIP CODE 78520 |
| 8. CASE NUMBER B-04-117 | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS |
| | | 10. FROM Nov. 22, 2004   11. TO |
| 12. CASE NAME Rico, et al v. Union Pacific RR, et al. | | LOCATION OF PROCEEDINGS |
| | | 13. CITY Brownsville   14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) Entire | Nov. 22, 2004 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES |
| DAILY | ☐ | ☐ | NO. OF COPIES |
| HOURLY | ☐ | ☐ | NO. OF COPIES |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE R. Patrick Rodriguez by re

19. DATE 05-12-05

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY