**UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION**

| | |
|---|---|
| JUVENAL ESPARZA RICO et al. § <br> § <br> VS. § <br> § <br> ARNULFO FLORES, JR.; NORMA § <br> ARRIAGA TREVINO a/k/a NORMA § <br> BOCANEGRA; UNION PACIFIC § <br> CORPORATION; UNION PACIFIC § <br> RAILROAD COMPANY, A T & L § <br> RAILROAD COMPANY, INC.; and § <br> ARCHER DANIELS MIDLAND § <br> COMPANY § | C. A. No.B-04-117 |

**AGREED PROPOSED SCHEDULING ORDER**

1. Trial: Estimated time to try: __15__ days.    Bench    √ Jury

2. New parties must be joined by:                                   __May 31, 2006__

   *Furnish a copy of this scheduling order to new parties.*

3. Plaintiff's experts will be named with a report furnished by:    __February 28, 2006__

4. Defendant's experts must be named with a report furnished within 30 days of the deposition of Plaintiff's experts

5. Discovery must be completed by:                                  __May 31, 2006__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court No Continuance will be granted because of information acquired in post-deadline discovery*

************************ The Court will provide these dates******************************

6. Dispositive Motions will be filed by:                            _____

7. Joint pretrial order is due:                                     _____

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 8:30 a.m. on: _____

9. Jury Selection is set for 9:00 a.m. on:                          _____

The case will remain on standby until tried.

    Signed _____, 2005, at Brownsville, Texas.

                                                        _____
                                                        Andrew S. Hanen
                                                        United States District Judge

AGREED TO:

1. Alberto T. Garcia III
   Federal Admissions No. 19679
   State Bar No. 00787515
   Law Offices Of Alberto T. Garcia III P.C.
   10125 North 10th Street, Suite E
   McAllen, Texas 78504
   956/380-3700
   956/380-3703 - fax
   Attorney-in-charge for Plaintiffs other than those claiming Through Decedents Omar Esparza Contreras and Roberto Esparza Rico

   By: _____  Date: 5/27/06
   Alberto T. Garcia, III


2. Robert E. Ammons
   Federal Admissions No. 11742
   State Bar No. 01159820
   The Ammons Law Firm, LLP
   3700 Montrose Boulevard
   Houston, TX 77006
   713-523-1606
   713-523-4159 Fax
Attorney for Plaintiffs Claiming Through Decedents Omar Esparza Contreras and Roberto Esparza Rico

   By: _____  Date: 5/27/06
   Robert E. Ammons


3. Mitchell C. Chaney
   Federal Admissions No. 1918
   State Bar No. 04107500
   Attorney-in-Charge
   Joseph A. Rodriguez
   Federal ID No. 10107
   State Bar No. 17146600
   R. Patrick Rodriguez
   Federal Admissions No. 22949
   State Bar No. 24002861
   Rodriguez, Colvin, Chaney & Saenz, L.L.P.
   1201 East Van Buren
   Brownsville, Texas 78521
   (956) 542-7441
   (956) 541-2170 – fax
   Attorneys for Defendant Union Pacific Railroad Company And Union Pacific Corporation

   By: _____  Date: 5/27/05
   Michell C. Chaney