```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                       BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUN 1 5 2005

Michael N. Milby
Clerk of Court

```
_____
                                    )
JUVENAL ESPARZA RICO, ET AL         )
                                    )
                                    ) CIVIL ACTION NO.
VS.                                 ) B-04-117
                                    )
ARNULFO FLORES, JR., ET AL          )
                                    )
_____)
```

                          MOTION HEARING
              BEFORE THE HONORABLE ANDREW S. HANEN
                        NOVEMBER 22, 2004

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | MR. ALBERTO T. GARCIA III<br>10125 North 10th Street, Suite E<br>McAllen, Texas   78504 |
| For the Plaintiffs: | MS. KAY K. MORGAN<br>The Ammons Law Firm, L.L.P.<br>3700 Montrose Blvd.<br>Houston, Texas   77006 |
| For Union Pacific: | MR. MITCHELL C. CHANEY<br>MR. R. PATRICK RODRIGUEZ<br>Rodriguez, Colvin, Chaney & Saenz<br>1201 East Van Buren<br>Brownsville, Texas   78521 |
| For AT&L: | MR. TOM A. LOCKHART<br>Adams & Graham<br>P.O. Drawer 1429<br>Harlingen, Texas   78551 |
| Transcribed by: | BARBARA BARNARD<br>Official Court Reporter<br>600 E. Harrison, Box 301<br>Brownsville, Texas   78520<br>(956)548-2591 |

**CERTIFIED COPY**