United States District Court
Southern District of Texas
FILED

JUN 2 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; MARIA INES MUNOZ BRIONES, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, INGRI MARVELLA REYES MUNOZ AND CLARISA YAJAIRA REYES MUNOZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, JUAN ENRIQUE REYES MEZA; JUAN ANTONIO REYES AGUILAR, INDIVIDUALLY; IRENE GODINEZ CARDONA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR SON, ROBERTO ESPARZA GODINEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, ROBERTO ESPARZA RICO; CLEMENTINA SANCHEZ, INDIVIDUALLY; EVA CRISTINA SANCHEZ SIERRA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, KARLA LIZETH AMADOR SANCHEZ, NANCY MARISOL AMADOR SANCHEZ, MARVIN ALEXANDER AMADOR SANCHEZ AND FRANCIS ESTEFANIA AMADOR SANCHEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, PEDRO AMADOR LOPEZ; MANUEL DE JESUS DOBLADO AVILA, INDIVIDUALLY, DELMIRA SOLER DOBLADO, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN NELIS AVILA SOLER, EVER AVILA SOLER, AND ELMER ROBERTO AVILA SOLER, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND ISIDRO AVILA BUESO; LUDIS YESENIA AVILA SOLER, INDIVIDUALLY; OBDULIA FERRUFINO BURGOS; INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR GRANDCHILDREN JONATHAN JOEL GUTIERREZ FERRUFINO, LELY AMPARO CANALES FERRUFINO, IVY ROXANA CANALES FERRUFINO, OSCAR ALFREDO FERRUFINO, JAIRO MAURICIO FERRUFINO, KATHERINE NINOSKA CANALES FERRUFINO, JENNIFER GUADALUPE FERRUFINO, AND ELMER NOE FERRUFINO, AND AS A SURVIVING HEIR OF THE ESTATES OF HER DAUGHTERS, ROSIBEL FERRUFINO AND LELY ELIZABETH FERRUFINO, AND HER GRANDDAUGHTER LESLY ESMERALDA | C.A. No. B-04-117 |

| | |
|---|---|
| FERRUFINO, ROSA DELIA HERNANDEZ DE ARDON, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN HAROLD MAURICIO ARDON HERNANDEZ, MARELYN IVETTE ARDON HERNANDEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, DOMINGO ARDON SIBRIAN; SIXTO ACEVEDO AND MARIA EMILIA PEREZ, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, BRYON ADNER ACEVEDO PEREZ<br><br>VS.<br><br>ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC. AND ARCHER DANIELS MIDLAND COMPANY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION TO APPEAR FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Union Pacific Railroad Company Defendant in the above-entitled and numbered cause, by and through its designated attorney in charge, MITCHELL C. CHANEY and files this its Unopposed Motion to Appear and for cause would show the Court as follows:

I.

The undersigned hereby requests permission of this Honorable Court to allow R. PATRICK RODRIGUEZ of the firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P to appear for the undersigned at the Telephonic Conference scheduled by the Court on June 21, 2005 at 1:30 p.m.. Mr. Chaney is scheduled to be out of town in preparation for and attending a hearing in Cause No. 2004-03-964; *In re: Asbestos Litigation*, 11th Judicial District of Harris County, Texas.

II.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that this Honorable Court grant this Motion and for such other and further relief to which they may show themselves justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP
1201 E. Van Buren
Brownsville, TX 78520
Tel: 956-542-7441
Fax: 956-541-2170

By: _____
Mitchell C. Chaney
Federal Admissions No.: 1918
State Bar: . 04107500

ATTORNEY IN CHARGE FOR DEFENDANT,
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF CONFERENCE

Counsel for Union Pacific Railroad Company has conferred with Plaintiffs' counsel regarding the filing of this motion and Plaintiffs' counsel does not oppose said motion.

_____
Mitchell C. Chaney

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 21st [~~20th~~] day of June, 2005, a true and correct copy of the foregoing Motion to Appear was hand delivered and/or send via facsimile to all counsel of record as hereinbelow noted:

Alberto T. Garcia, III
Law Offices of Alberto T. Garcia III, P.C.
500 West Pecan Boulevard
McAllen, Texas 78501
Attorneys for Plaintiffs

Robert E. Ammons
Kay Morgan
The Ammons Law Firm, LLP
3700 Montrose Boulevard
Houston, TX 77006
Attorney for Plaintiff



_____
Mitchell C. Chaney