IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUVENAL ESPARZA RICO                     §
                                         §
VS.                                      §
                                         §
ARNULFO FLORES, JR.; NORMA               §
ARRIAGA TREVINO a/k/a NORMA              §
BOCANEGRA; UNION PACIFIC                 §      CIVIL ACTION NO. B-04-117
CORPORATION, UNION PACIFIC               §
RAILROAD COMPANY, A T & L                §
RAILROAD COMPANY, INC.; and              §
ARCHER DANIELS MIDLAND COMPANY           §

## Agreed Proposed Scheduling Order

1. Trial:  Estimated time to try:  __15__ days.              ☐ Bench    ■ Jury

2. New parties must be joined by:                            October 31, 2005

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    February 28, 2006

4. The defendant's experts must be named with a report furnished        February 28, 2006
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                           May 31, 2006

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                     May 1, 2006

*************************  The court will provide these dates.  *************************

7. Joint pretrial order is due:                              July 21, 2006

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    August, 2006

ahh

9.  Jury Selection is set for 9:00 a.m. on:*                                       August, 2006

The case will remain on standby until tried.

      Signed this 21st day of June, 2005.

Andrew S. Hanen<br>
United States District Judge

---

*Counsel to do voir dire.  Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.*