United States District Court
Southern District of Texas
FILED

AUG 0 9 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUVENAL ESPARZA RICO AND :
ARCELIA CONTRERAS ORTEGA, :
INDIVIDUALLY AND AS THE SOLE :
SURVIVING HEIRS OF THE ESTATE :
OF THEIR SON, OMAR ESPARZA :
CONTRERAS, ET AL :
 :
VS. :
 : CIVIL ACTION NO. B-04-117
ARNULFO FLORES, JR., NORMA :
ARRIAGA TREVINO, A/K/A NORMA :
BOCANEGRA, UNION PACIFIC :
CORPORATION, UNION PACIFIC :
RAILROAD COMPANY, A T & L :
RAILROAD COMPANY, INC., AND :
ARCHER DANIELS MIDLAND :
COMPANY

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs and Defendants, **UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY AND ARCHER-DANIELS-MIDLAND COMPANY**, and file this Stipulation of Dismissal of **ARCHER-DANIELS-MIDLAND COMPANY**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**DATED** this _____ day of August, 2005.

## STIPULATION OF DISMISSAL
Civil Action No. B-04-117

_____
Alberto T. Garcia, III
Texas State Bar No. 00787515
S.D. Tex I.D. No. 19679
**Law Office of Alberto T. Garcia, III, P.C.**
500 W. Pecan Blvd.
McAllen, Texas 78501
Telephone:   (956) 971-0999
Fax:         (956) 971-0991

Attorney-in-Charge for Plaintiffs,
Other Than Those Claiming Through
Decedents Omar Esparza Contreras
and Roberto Esparza Rico

## STIPULATION OF DISMISSAL
### Civil Action No. B-04-117

_____
Kay Morgan
Texas State Bar No. 01159820
S.D. Tex I.D. No. 11742
**The Ammons Law Firm, L.L.P.**
3700 Montrose Boulevard
Houston, Texas 77006
Telephone: (713) 523-1606
Fax: (713) 523-4159

Attorney-in-Charge for Plaintiffs,
Claiming Through Decedents Omar
Esparza Contreras and Roberto Esparza Rico

## STIPULATION OF DISMISSAL
### Civil Action No. B-04-117

_____
**Tom Lockhart**
Texas State Bar No. 12473500
S.D. Tex. No. 2257
**Adams & Graham, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas  78551-1429
Telephone:   (956) 428-7495
Fax:         (956) 428-2954

Attorney-in-Charge for Defendant
Archer-Daniels-Midland Company

## STIPULATION OF DISMISSAL
### Civil Action No. B-04-117

_____
**Mitchel C. Chaney**
Texas State Bar No. 04107500
S.D. Tex I.D. No. 1918
**Rodriguez, Colvin, Chaney & Saenz, L.L.P.**
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522
Telephone:   (956) 542-7441
Fax:   (956) 541-2170

Attorney-in-Charge for
Defendants, Union Pacific Railroad
Company and Union Pacific Corporation