# THE AMMONS LAW FIRM
### A LIMITED LIABILITY PARTNERSHIP
### 3700 MONTROSE BOULEVARD
### HOUSTON, TEXAS 77006

TELEPHONE
(713) 523-1606

FACSIMILE
(713) 523-4159

August 16, 2005

*United States District Court*
*Southern District of Texas*
*RECEIVED*

*AUG 22 2005*

*Michael N. Milby, Clerk of Court*

*United States District Court*
*Southern District of Texas*
*FILED*

*AUG 2 2 2005*

*Michael N. Milby*
*Clerk of Court*

Mr. Juan "Butch" Barbosa
United States Deputy District Clerk
Southern District of Texas, Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520

Re: C.A. No. B-04-117; *Juvenal Esparza Rico and Arcelia Contreras Ortega, Individually and As the Sole Surviving Heirs of the Estate of their Son, Omar Esparza Contreras; et al.*

Dear Mr. Barbosa

Enclosed please find the original and one copy of the document detailed below. Please file the original among the papers of the above-captioned cause, in your usual and customary manner.

### *Rule 11 Agreement*

Please file-mark the enclosed copy of this document, acknowledging receipt and filing, and return same to me via my courier.

Thank you for your courtesies and assistance.

Very truly yours,

Elsa Cavazos
Legal Secretary to Thomas F. Bickham, Jr.

TFB/ec
Encs

cc:

Mr. Alberto T. Garcia, III                956.971.0991
Mr. Todd O. Lafferty                       580.623.2343
Mr. R. Patrick Rodriguez                   956.541.2170

# THE AMMONS LAW FIRM
A LIMITED LIABILITY PARTNERSHIP
3700 MONTROSE BOULEVARD
HOUSTON, TEXAS 77006

THOMAS F. BICKHAM, JR.

TELEPHONE
(713) 523-1606

FACSIMILE
(713) 523-4159

August 15, 2005

<u>Via Facsimile 956-541-2170</u>
Mr. R. Patrick Rodriguez
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522

  Re: Civil Action No. B-04-117; Juvenal Esparza Rico, et al. v. Arnulfo Flores, Jr., et al;
    U.S. District Court, Southern District of Texas, Brownsville Division

Dear Mr. Rodriguez:

  Please advise if you are willing to grant Plaintiffs' Juvenal Esparza Rico, Aracelia Contreras Ortega and Irene Godinez Cardona an extension until Monday, August 29, 2005 to answer your client's discovery.

  If you are in agreement, please sign below where indicated and return to me via facsimile.

  I appreciate your professional courtesy in this matter.

          Very truly yours,

          Thomas F. Bickham, Jr.

TFB:kab

_____    _8-15-05_
R. Patrick Rodriguez             Date

TOTAL P.02