# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ACRELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; MARIA INES MUNOZ BRIONES, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, INGRI MARVELLA REYES MUNOZ AND CLARISA YAJAIRA REYES MUNOZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, JUAN ENRIQUE REYES MEZA; JUAN ANTONIO REYES AGUILAR, INDIVIDUALLY; IRENE GODINEZ CARDONA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR SON, ROBERTO ESPARZA GODINEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, ROBERTO ESPARZA RICO; CLEMENTINA SANCHEZ, INDIVIDUALLY; EVA CRISTINA SANCHEZ SIERRA, INDIVIDUALLY, AS NEXT FIREND OF HER MINOR CHILDREN, KARLA LIZETH AMADOR SANCHEZ, NANCY MARISOL AMADOR SANCHEZ, MARVIN ALEXANDER AMADOR SANCHEZ AND FRANCIS ESTEFANIA AMADOR SANCHEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, PEDRO AMADOR LOPEZ; MANUEL DE JESUS DOBLADO AVILA, INDIVIDUALLY; DELMIRA SOLER DOBLADO, INDIVIDUALLY, AS NEXT OF HER MINOR CHILDREN NELIS AVILA SOLER, EVER AVILA SOLER, AND ELMER ROBERTO AVILA SOLER, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND ISIDRO AVILA BUESO; LUDIS YESENIA AVILA SOLER, INDIVIDUALLY; OBDULIA FERRUFINO BURGOS; INDIVIDUALLY; AS NEXT FRIEND OF HER MINOR GRANDCHILDREN JONATHAN JOEL GUTIERREZ FERRUFINO, LELY AMPARO CANALES FERRUFINO, IVY ROXANA | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIV. NO. B-04-117 |

| | |
|---|---|
| CANALES FERRUFINO, OSCAR ALFREDO FERRUFINO, JAIRO MAURICIO FERRUFINO, KATHERINE NINOSKA CANALES FERRUFINO, JENNIFER GUADALUPE FERRUFINO, AND ELMER NOE FERRUFINO, AND AS A SURVIVING HEIR OF THE ESTATES OF HER DAUGHTERS, ROSIBEL FERRUFINO AND LELY ELIZABETH FERRUFINO, AND HER GRANDDAUGHTER LESLY ESMERALDA FERRUFINO; ROSA DELIA HERNANDEZ DE ARDON, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN HAROLD MAURICIO ARDON HERNANDEZ, MARELYN IVETTE ARDON HERNANDEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, DOMINGO ARDON SIBRIAN; SIXTO ACEVEDO AND MARIA EMILIA PEREZ, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, BRYON ADNER ACEVEDO PEREZ,<br>    Plaintiffs,<br><br>VS.<br><br>ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, AT&L RAILROAD OCMPANY, INC. AND ARCHER DANIELS MIDLAND COMPANY,<br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIV. NO. B-04-117 |

**ORDER**

Defendant Union Pacific Railroad Company's June 21, 2005, Unopposed Motion to Appear for Attorney in Charge is hereby **DENIED as moot**.

Signed this 13th day of September, 2005.

_____
Andrew S. Hanen
United States District Judge