IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 05-00025

---

JUVENAL ESPARZA RICO and ARCELIA CONTRERAS ORTEGA, Individually as the sole surviving heirs of the Estate of their son, Omar Esparza Contreras; MARIA INES MUNOZ BRIONES, Individually as next friend of her minor children, Ingri Marvella Reyes Munoz and Clarisa Yajaira Reyes Munoz, and as surviving heir of the Estate of her husband, Juan Enr; JUAN ANTONIO REYES AGUILAR, Individually; IRENE GODINEZ CARDONA, Individually, as next friend of her minor son, Roberto Esparza Godinez, and as a surviving heir of the Estate of her husband, Roberto Esparza Godinez, and as a surviving heir; CLEMENTINA SANCHEZ, Individually; EVA CRISTINA SANCHEZ SIERRA, Individually as next friend of her minor children, Karla Lizeth Amador Sanchez, Nancy Marisol Amador Sanchez, and Francis Estefania Amador Sanchez, and as a surviving heir; MANUEL DOBLADO AVILA, Individually; DELMIRA SOLER DOBLADO, Individually, as next friend of her minor children, Nelis Avila Soler, Ever Avila Soler, and Elmer Roberto Avila Soler and as a surviving heir of the Estate of her husband Isidro Avila Bueso; LUDIS YESENIA AVILA SOLER, Individually; OBDULIA FERRUFINO BURGOS, Individually, as next friend of her minor grandchildren, Jonathan Joel Gutierrez Ferrufino, Lely Ampao Canales Ferrufino, Ivy Roxana Canales Ferrufino and Oscar Alfredo Ferrufino; ROSA DELIA HERNANDEZ DE ARDON, Individually, as next friend of her minor children, Harold Mauricio Ardon Hernandez, Marelyn Ivette Ardon Hernandez, and as a surviving heir of the Estate of her husband; SIXTO ACEVEDO and MARIA EMILIA PEREZ, Individually and as the sole surviving heirs of the Estate of their son, Byron Adner Acevedo Perez

Plaintiffs - Petitioners

v.

ARNULFO FLORES, JR; NORMA ARRIAGA TREVINO, also known as Norma Bocanegra; UNION PACIFIC, Union Pacific Corporation; UNION PACIFIC, Union Pacific Railroad Company, A T & L RAILROAD COMPANY, INC; ARCHER DANIELS MIDLAND COMPANY

Defendants - Respondents

---

Petition for Leave to Appeal
from an Interlocutory Order

---

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Southern District of Texas, Brownsville, entered on May 6, 2005, is *GRANTED*

MOT-20