United States District Court
Southern District of Texas
FILED

DEC 0 9 2005

Michael N. Milby
Clerk of Court

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEMP. U.S.P.S. ADDRESS: P.O. BOX 610160
HOUSTON, TX 77208
COMMERCIAL DELIVERY: ROOM 1216, 515 RUSK ST.
HOUSTON, TX 77002

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 29, 2005

TO:  All Counsel and Parties Listed Below:

Case No. **05-41719** Rico v. Flores
Misc. No. 05-25
USDC No. 1:04-CV-117

Enclosed is a copy of the court's order granting the application for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 05-41719.

Unless the district court has granted In Forma Pauperis status, the appellant(s) should immediately pay the court of appeals' $250 docketing fee and $5 filing fee to the **district court clerk**, and notify us of the payment within 10 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must sign and return a "Form for Appearance of Counsel", naming each party you represent, within 15 days from the date of this letter. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Linda Miles, Deputy Clerk
713-250-5440

Mr Michael N. Milby, Clerk
Mr Robert E Ammons

Mr John Patrick Connick
Mr Alberto Tover Garcia III
Mr Mitchell C Chaney
Mr Todd Lafferty
Mr Tom Lockhart
Mr Joseph A Rodriguez
Mr Robert Patrick Rodriguez

Enclosure

MOT-11