United States District Court
Southern District of Texas
FILED

JAN - 3 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL | § § § § § § CIVIL ACTION NO. B-04-117 § |
| VS. | § § |
| UNION PACIFIC RAILROAD COMPANY, ET AL | § |

## AGREED MOTION TO SUBSTITUTE ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs Juvenal Esparza Rico and Arcelia Contreras Ortega, Individually, and as the sole surviving heirs of the Estate of their son, Omar Esparza Contreras and Irene Godinez Cardona, Individually, as next friend of her minor son, Roberto Esparza Godinez, and as a surviving heir of the Estate of her husband, Roberto Esparza Rico [hereinafter collectively referred to as the "Esparza Plaintiffs"] and file this Agreed Motion to Substitute Attorney in Charge and in support thereof, would show the Court as follows.

The Esparza Plaintiffs respectfully request that the Court allow their current attorney in charge, Robert E. Ammons and The Ammons Law Firm, L.L.P., to withdraw from their representation in this case and that the following attorney be allowed to substitute as attorney in charge for the Esparza Plaintiffs:

Mr. Adrian R. Martinez
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas 78504
956-631-8049 Telephone
956-631-8141 Fax
Texas State Bar No. 13137600
Southern District of Texas Bar No. 11342

Respectfully submitted,

**THE AMMONS LAW FIRM, L.L.P.**
3700 Montrose Boulevard
Houston, Texas 77006
Telephone: 713-523-1606
Fax: 713-523-4159

*/s/ Robert E. Ammons*

**ROBERT E. AMMONS**
Texas State Bar No. 01159820
Southern District of Texas Bar No. 11742

**ATTORNEY IN CHARGE FOR PLAINTIFFS CLAIMING THROUGH DECEDENTS OMAR ESPARZA CONTRERAS AND ROBERTO ESPARZA RICO**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he consulted with Mr. Patrick Rodriguez, counsel for the Defendants in this case, and Mr. Rodriguez indicated that he was not opposed to this motion.

_____
Tom Bickham

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the attorneys listed below on December 28, 2005 by regular mail.

Mr. Alberto T. Garcia III
LAW OFFICES OF ALBERTO T. GARCIA III
10125 N. 10th Street, Suite E
McAllen, Texas 78504

Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

_____
Tom Bickham