IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL | § § § § § CIVIL ACTION NO. B-04-117 § |
| VS. | § § |
| UNION PACIFIC RAILROAD COMPANY, ET AL | § |

### AGREED MOTION TO SUBSTITUTE ATTORNEY IN CHARGE

Came on this day to be heard, Agreed Motion to Substitute Attorney in Charge. This Court, after conducting hearing the arguments of counsel, if any, and evidence presented, finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs Juvenal Esparza Rico and Arcelia Contreras Ortega, and Irene Godinez Cardona's attorney in charge will be Adrian Martinez of the firm Roerig, Oliveira & Fisher.

SIGNED this the _____ day of _____, 2005.

_____
JUDGE PRESIDING