IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO, et al. | § | |
| | § | |
| VS. | § | Civil Action No. B-04-117 |
| | § | |
| UNION PACIFIC RAILROAD CO., et al. | § | |

**ORDER**

Pending before the Court is Plaintiffs' Agreed Motion to Substitute Attorney in Charge [Docket No. 39]. Said motion is hereby **GRANTED**. It is, therefore, **ORDERED** that Plaintiffs Juvenal Esparza Rico, Arcelia Contreras Ortega, and Irene Godinez Cardona's attorney in charge shall be Adrian Martinez of the firm Roerig, Oliveira & Fisher.

Signed in Brownsville, Texas, this 4th day of January, 2006.

_____
Andrew S. Hanen
United States District Judge