United States District Court
Southern District of Texas
FILED

FEB 0 2 2006

Michael N. Milby
Clerk of Court

------------------------------ ✂ Cut Here ------------------------------

**Attorney Receipt**   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the **District Court Clerk's office** upon receipt of documents*

No **B-04-117**  Short Title **Esparza Rico vs. Flores, et al.**

☒ Record Vols: __1 + 1 Transcript__
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

To:   Clerk, U.S. District Court

Records in above case listed received
Judge/Attorney Name: _[signature]_
Date: __2/2/06__

District: **Southern District**

Albert Garcia