IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; MARIA INES MUNOZ BRIONES, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, INGRI MARVELLA REYES MUNOZ AND CLARISA YAJAIRA REYES MUNOZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, JUAN ENRIQUE REYES MEZA; JUAN ANTONIO REYES AGUILAR, INDIVIDUALLY; IRENE GODINEZ CARDONA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR SON, ROBERTO ESPARZA GODINEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, ROBERTO ESPARZA RICO; CLEMENTINA SANCHEZ, INDIVIDUALLY; EVA CRISTINA SANCHEZ SIERRA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, KARLA LIZETH AMADOR SANCHEZ, NANCY MARISOL AMADOR SANCHEZ, MARVIN ALEXANDER AMADOR SANCHEZ AND FRANCIS ESTEFANIA AMADOR SANCHEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, PEDRO AMADOR LOPEZ; MANUEL DE JESUS DOBLADO AVILA, INDIVIDUALLY, DELMIRA SOLER DOBLADO, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN NELIS AVILA SOLER, EVER AVILA SOLER, AND ELMER ROBERTO AVILA SOLER, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND ISIDRO AVILA BUESO; LUDIS YESENIA AVILA SOLER, INDIVIDUALLY; OBDULIA FERRUFINO BURGOS; INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR GRANDCHILDREN JONATHAN JOEL GUTIERREZ FERRUFINO, LELY AMPARO CANALES FERRUFINO, IVY ROXANA CANALES FERRUFINO, OSCAR ALFREDO FERRUFINO, JAIRO MAURICIO FERRUFINO, KATHERINE NINOSKA CANALES | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-04-117 |

| | |
|---|---|
| FERRUFINO, JENNIFER GUADALUPE FERRUFINO, AND ELMER NOE FERRUFINO, AND AS A SURVIVING HEIR OF THE ESTATES OF HER DAUGHTERS, ROSIBEL FERRUFINO AND LELY ELIZABETH FERRUFINO, AND HER GRANDDAUGHTER LESLY ESMERALDA FERRUFINO, ROSA DELIA HERNANDEZ DE ARDON, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN HAROLD MAURICIO ARDON HERNANDEZ, MARELYN IVETTE ARDON HERNANDEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, DOMINGO ARDON SIBRIAN; SIXTO ACEVEDO AND MARIA EMILIA PEREZ, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, BRYON ADNER ACEVEDO PEREZ | § § § § § § § § § § § § § § § § § § |
| VS. | § § |
| ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC. AND ARCHER DANIELS MIDLAND COMPANY<br>    Defendants | § § § § § § § |

### AGREED JOINT MOTION FOR EXTENSION OF SCHEDULING DEADLINES AND FOR CONTINUANCE OF JURY SELECTION / TRIAL DATE

TO THE HONORABLE JUDGE:

COME NOW, DEFENDANTS Union Pacific Railroad Company and Union Pacific Corporation (hereinafter "Defendants"), and Plaintiffs Omar Esparza Contreras and Roberto Esparza Rico, Juvenal Esparza Rico and Arcelia Contreras Ortega, Individually, and as the Sole Surviving Heirs of the Estate of their Son, Omar Esparza Contreras; Maria Ines Munoz Briones, Individually, as Next Friend of her Minor Children, Ingri Marvella Reyes Munoz and Clarisa Yajaira Reyes Munoz, and as a Surviving Heir of the Estate of her Husband, Juan Enrique Reyes

Meza; Juan Antonio Reyes Aguilar, Individually; Irene Godinez Cardona, Individually, as Next Friend of her Minor Son, Roberto Esparza Godinez, and as a Surviving Heir of the Estate of her Husband, Roberto Esparza Rico; Clementina Sanchez, Individually; Eva Cristina Sanchez Sierra, Individually, as Next Friend of her Minor Children Karla Lizeth Amador Sanchez, Nancy Marisol Amador Sanchez and Francis Estefania Amador Sanchez, and as a Surviving Heir of the Estate of her Husband, Pedro Amador Lopez; Manuel De Jesus Doblado Avila, Individually, Delmira Soler Doblado, Individually, as Next Friend of her Minor Children Nelis Avila Soler, Ever Avila Soler, and Elmer Roberto Avila Soler, and as a Surviving Heir of the Estate of her Husband Isidro Avila Bueso; Ludis Yesenia Avila Soler, Individually; Obdulia Ferrufino Burgos, Individually, as Next Friend of her Minor Grandchildren Jonathan Joel Gutierrez Ferrufino, Lely Amparo Canales Ferrufino,Lely Amparo Canales Ferrufino, Ivy Roxana Canales Ferrufino, Oscar Alfredo Ferrufino, Jairo Mauricio Ferrufino, Katherine Ninoska Canales Ferrufino, Jennifer Guadalupe Ferrufino, and Elmer Noe Ferrufino, and as a Surviving Heir of the Estates of her Daughters, Rosibel Ferrufino and Lely Elizabeth Ferrufino, and her Granddaughter Lesly Esmeralda Ferrufino; Rosa Delia Hernandez De Ardon, Individually, as Next Friend of her Minor Children Harold Mauricio Ardon Hernandez, Marelyn Ivette Ardon Hernandez, and as a Surviving Heir of the Estate of her Husband, Domingo Ardon Sibrian; Sixto Acevedo and Maria Emilia Perez, Individually and as the Sole Surviving Heirs of the Estate of their Son, Byron Adner Acevedo Perez (hereinafter collectively referred to as "Plaintiffs") and file this Agreed Joint Motion for Extension of Scheduling Deadlines and for Continuance of Jury Selection / Trial Date seeking a ninety (90) day extension of the Scheduling Deadlines in this case including a corresponding ninety (90) day continuance of the Jury Selection date in order to allow completion of all

discovery and in order to accommodate a personal conflict that has arisen for one of Defendants' named trial counsel. In support of this agreed motion, the Parties state as follows:

### I.

On June 21, 2005, this Court issued its Agreed Proposed Scheduling Order ("Scheduling Order") [attached hereto as Exhibit "A"]. This case is currently set for Jury Selection in August of 2006. Importantly, the Court's Scheduling Order required that all discovery must be completed by May 31, 2006. Despite genuine efforts on both sides, the Parties have not yet completed the discovery necessary to adequately prepare expert reports, to adequately prepare dispositive motions and/or to prepare this matter for trial. This is the first extension requested by either party in this case, and the Parties make this motion for continuance without prejudice to and without waiving any of their previously filed motions currently pending before this Court and/or before the United States Court of Appeals for the Fifth Circuit.

As the Court may recall the vast majority of the named Plaintiffs in this case reside outside the United States, in either Mexico or Central America. While Defendants appreciate the logistical difficulties facing Plaintiffs' counsel in coordinating and producing his clients' for deposition in the Southern District of Texas[1], to date Plaintiffs' counsel has not been able to offer the depositions of all Plaintiffs. In light of these difficulties, the Parties have been unable to complete the discovery necessary to adequately prepare expert reports and prepare this matter for trial and, therefore, request the proposed extension.

---

[1] Counsel for both Parties have discussed entering into a stipulation wherein the Defendants agree that Plaintiffs' counsel need not produce for deposition those named Plaintiffs that Plaintiffs' counsel agrees will, under no circumstances, be called to give evidence and/or live testimony at trial.

In addition to the completion of necessary discovery, counsel for Defendants also respectfully request an extension of at least ninety (90) days in order to accommodate a personal matter that has arisen for one of its trial counsel, R. Patrick Rodriguez. Subsequent to the hearing in which the Court and counsel for both parties discussed many of the deadlines reflected in the Court's Scheduling Order, Mr. Rodriguez's wife became pregnant. Currently, Mrs. Rodriguez is scheduled to give birth on August 4, 2006. Given that Jury Selection is currently scheduled for August 2006, Defendants' respectfully request an extension of at least ninety (90) days in order to accommodate this personal matter.

## II.

In addition to requesting an extension of time for all the current deadlines, the Parties also seek clarification of the Scheduling Order's deadline for Defendants to designate experts and produce reports. While the Court's Scheduling Order sets a deadline of February 28, 2006, for Plaintiffs to designate and produce reports from their experts, the Scheduling Order is ambiguous with regard to the deadline for Defendants to name their experts and produce reports. Specifically, paragraph number 4 of the Scheduling Order states, "[t]he defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert." Confusingly, however, the date February 28, 2006 (the same deadline listed in the previous paragraph for Plaintiffs to designate and produce reports) is listed immediately following the statement in paragraph number 4. In light of the template 'Scheduling Order' attached to the Court's chamber rules, Defendants believe that the incongruity within paragraph number 4 is simply the result of a typographical error. Accordingly, Defendants respectfully request that, in addition to granting the Parties' Agreed Motion for Extension of Scheduling Deadlines and for Continuance of Jury Selection / Trial Date, the Court also clarify Defendants' deadline to name

experts and produce reports by omitting a specific date in favor of the verbal deadline already articulated in the language of paragraph number 4 of the Agreed Proposed Scheduling Order.

As noted previously, this continuance is not sought for purposes of delay, but rather to obtain discovery necessary to adequately prepare expert reports, prepare this matter for trial and in order to accommodate an unforeseen personal conflict. Further, this request for continuance is not for delay only, but so that justice may be done. Finally, this motion is filed well in advance of the trial date in an effort to avoid inconveniencing the Court.

### Conclusion

WHEREFORE, the parties respectfully request that this Honorable Court enter the Parties' Agreed Amended Scheduling Order[2] or enter its own amended scheduling order containing such later dates as are convenient for the Court and reasonably consistent with this agreed, joint motion.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

By:  /s/ Mitchell C. Chaney
    Mitchell C. Chaney
    Federal Admissions No. 1918
    State Bar No. 04107500
    Attorney-in-Charge
    Joseph A. Rodriguez
    Federal ID No. 10107
    State Bar No. 17146600
    R. Patrick Rodriguez
    Federal Admissions No. 22949
    State Bar No. 24002861

---

[2] For the Court's convenience, the Parties' have attached a Proposed Agreed Amended Scheduling Order that reflects the requested deadline extensions.

Attorneys for Defendant Union Pacific Railroad Company And Union Pacific Corporation

LAW OFFICES OF ALBERTO T. GARCIA III
10125 North 10th Street, Suite E
McAllen, Texas 78504
956/380-3700
956/380-3703 - fax

By: /s/ Alberto T. Garcia, III
    Alberto T. Garcia III
    Federal Admissions No. 19679
    State Bar No. 00787515

Attorney-in-Charge for all Plaintiffs other than those claiming Through Decedents Omar Esparza Contreras and Roberto Esparza Rico

ROERIG, OLIVEIRA & FISHER, LLP
10225 North 10th Street
McAllen, TX 78504
956-393-6300
956-386-1625 Fax

By: /s/ Adrian R. Martinez
    Mr. Adrian R. Martinez
    Federal Admissions No. 11342
    State Bar No. 13137600

Attorney-in-Charge for Plaintiffs Claiming Through Decedents Omar Esparza Contreras and Roberto Esparza Rico

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of February 2006, a true and correct copy of the foregoing document was served via U. S. Certified Mail, Return Receipt Requested, facsimile, and/or Hand Delivered to all counsel of record as noted hereinbelow.

Alberto T. Garcia III  
Law Offices Of Alberto T. Garcia III P.C.  
10125 North 10th Street, Suite E  
McAllen, Texas 78504  
956/380-3700  
956/380-3703 Fax  

Mr. Adrian R. Martinez  
ROERIG, OLIVEIRA & FISHER, LLP  
10225 North 10th Street  
McAllen, TX  78504  
956-393-6300  
956-386-1625 Fax  


   /s/ R. Patrick Rodriguez  
      R. Patrick Rodriguez