IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO | § | |
| | § | |
| VS. | § | |
| | § | |
| ARNULFO FLORES, JR.; NORMA | § | |
| ARRIAGA TREVINO a/k/a NORMA | § | |
| BOCANEGRA; UNION PACIFIC | § | CIVIL ACTION NO. B-04-117 |
| CORPORATION, UNION PACIFIC | § | |
| RAILROAD COMPANY, A T & L | § | |
| RAILROAD COMPANY, INC.; and | § | |
| ARCHER DANIELS MIDLAND COMPANY | § | |

## Agreed Proposed Scheduling Order

1. Trial: Estimated time to try: __15__ days. ☐ Bench ■ Jury

2. New parties must be joined by: October 31, 2005

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: February 28, 2006

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert. February 28, 2006

5. Discovery must be completed by: May 31, 2006

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: May 1, 2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  The court will provide these dates.  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7. Joint pretrial order is due: July 21, 2006

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: August, 2006

9.  Jury Selection is set for 9:00 a.m. on:*                                                                        August, 2006

The case will remain on standby until tried.

      Signed this 21st day of June, 2005.

                                                                                              Andrew S. Hanen
                                                                     United States District Judge

\**Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.*