# VERIFICATION

THE STATE OF TEXAS §
COUNTY OF CAMERON §

BEFORE ME, the undersigned Notary Public, on this day personally appeared R. Patrick Rodriguez, who, being by me duly sworn on his oath, deposed and said:

"My name is R. Patrick Rodriguez. I am a partner in the law firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P., which firm is attorney of record for Defendants Union Pacific Railroad Company and Union Pacific Corporation in the above-numbered and styled cause. I am over 21 years of age, fully competent to make this affidavit, and the matters contained herein are within my personal knowledge and are true and correct.

Further, affiant sayeth naught.

_____
R. Patrick Rodriguez

SUBSCRIBED AND SWORN TO BEFORE ME on the 21st day of February, 2006, to certify which witness my hand and official seal of office.

_____
Notary Public, State of Texas
My Commission Expires: 10-23-07