**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO et al. | § | |
| | § | |
| VS. | § | |
| | § | |
| ARNULFO FLORES, JR.; NORMA | § | |
| ARRIAGA TREVINO a/k/a NORMA | § | C. A. No.B-04-117 |
| BOCANEGRA; UNION PACIFIC | § | |
| CORPORATION; UNION PACIFIC | § | |
| RAILROAD COMPANY, A T & L | § | |
| RAILROAD COMPANY, INC.; and | § | |
| ARCHER DANIELS MIDLAND | § | |
| COMPANY | § | |

AGREED AMENDED SCHEDULING ORDER

1.    Trial:  Estimated time to try:  ___15_____days.        Bench      √  Jury

2.    New parties must be joined by:                          __January 29,2006____

        *Furnish a copy of this scheduling order to new parties.*

3.    Plaintiff's experts will be named with a report furnished by:    __May 29, 2006_____

4.    Defendant's experts must be named with a report furnished
      within 30 days of the completion of the depositions of Plaintiffs'
      experts

5.    Discovery must be completed by:                         __August 29, 2006_____

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court*
    *No Continuance will be granted because of information acquired in post-deadline discovery*

*************************** The Court will provide these  dates*******************************

6.    Dispositive Motions will be filed by:                   July 30, 2006

7.    Joint pretrial order is due:                            October 19, 2006

    *The plaintiff is responsible for filing the pretrial order on time.*

8.    Docket Call and final pretrial conference is set for 1:30 p.m. on:    November, 2006

9.    Jury Selection is set for 9:00 a.m. on:                 November, 2006

The case will remain on standby until tried.

      Signed _____ day of _____ 2006, at Brownsville, Texas.

_____
Andrew S. Hanen
United States District Judge

AGREED TO:

1.      Alberto T. Garcia III
        Federal  Admissions No. 19679
        State Bar No.  00787515
        Law Offices Of Alberto T. Garcia III
        10125 North 10th Street, Suite E
        McAllen, Texas 78504
        956/380-3700
        956/380-3703 - fax

        Attorney-in-charge for Plaintiffs other than those claiming Through Decedents
        Omar Esparza Contreras and Roberto Esparza Rico

        By: s/ Alberto T. Garcia, III          Date: February 21, 2006
            Alberto T. Garcia, III


2.      Adrian R. Martinez
        Federal Admissions No. 11342
        State Bar No.  13137600
        ROERIG, OLIVEIRA & FISHER, LLP
        10225 North 10th Street
        McAllen, TX  78504
        956-393-6300
        956-386-1625 Fax

        Attorney-in-Charge for Plaintiffs Claiming Through Decedents Omar Esparza
        Contreras and Roberto Esparza Rico

        By:   /s/ Adrian R. Martinez          Date: February 21, 2006
            Adrian R. Martinez


3.      Mitchell C. Chaney
        Federal Admissions No. 1918
        State Bar No. 04107500
        Attorney-in-Charge
        Joseph A. Rodriguez
        Federal ID No. 10107
        State Bar No. 17146600
        R. Patrick Rodriguez
        Federal Admissions No. 22949

State Bar No. 24002861
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
Brownsville, Texas 78521
(956) 542-7441
(956) 541-2170 – fax

**Attorneys for Defendant Union Pacific Railroad Company And Union Pacific Corporation**

By__/s/ Mitchell C. Chaney___        Date: February 21, 2006
        Mitchell C. Chaney