United States District Court
Southern District of Texas
FILED

FEB 2 8 2006

Michael N. Milby
Clerk of Court

✂ Cut Here

**Attorney Receipt**   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the <u>District Court Clerk's office</u> upon receipt of documents.*

No **B-04-117** Short Title **Esparza Rico vs. Flores, et al.**

To:  Clerk, U.S. District Court

District: **Southern District**

☑ Record Vols: 1 + 1 Transcript
☐ Supp. Record Vols. _____
* ☐ Exhibits ☐ _____

Records in above case listed received:
Judge/Attorney Name: _____
Date: 2/2/06

Albert Garcia