United States District Court
Southern District of Texas
ENTERED

FEB 28 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Churada

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO et al. | § § | |
| VS. | § § | |
| ARNULFO FLORES, JR.; NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA; UNION PACIFIC CORPORATION; UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC.; and ARCHER DANIELS MIDLAND COMPANY | § § § § § § § § § | C. A. No.B-04-117 |

## ORDER GRANTING AGREED JOINT MOTION FOR EXTENSION OF SCHEDULING DEADLINES AND FOR CONTINUANCE OF JURY SELECTION / TRIAL DATE

Came on to be heard the Parties' Agreed Joint Motion for Extension of Scheduling Deadlines and for Continuance of Jury Selection/Trial Date seeking a ninety (90) day extension of the current scheduling deadlines in this case including a corresponding ninety (90) day continuance of the jury selection / trial date. The Court is of the opinion that said Motion should be **GRANTED**. It is therefore ORDERED that the current jury selection / trial date of August 2006 is passed. It is further ORDERED that all the deadlines set forth in this Court's Agreed Proposed Scheduling Order issued June 21, 2005 are hereby extended by ninety (90) days, that Defendants experts must be named with a report furnished within 30 days of the completion of the depositions of Plaintiffs' experts, and that the Court will issue an Amended Scheduling Order reflecting the new, applicable deadlines including a new jury selection / trial date.

ENTERED this 28th day of February, 2006, at Brownsville, Texas.

Andrew S. Hanen
United States District Judge