IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 28 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUVENAL ESPARZA RICO et al. | § |
| | § |
| VS. | § |
| | § |
| ARNULFO FLORES, JR.; NORMA | § |
| ARRIAGA TREVINO a/k/a NORMA | §   C. A. No.B-04-117 |
| BOCANEGRA; UNION PACIFIC | § |
| CORPORATION; UNION PACIFIC | § |
| RAILROAD COMPANY, A T & L | § |
| RAILROAD COMPANY, INC.; and | § |
| ARCHER DANIELS MIDLAND | § |
| COMPANY | § |

AGREED AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __15__ days.   Bench ___   √ Jury

2. New parties must be joined by:   __January 29, 2006__

    *Furnish a copy of this scheduling order to new parties.*

3. Plaintiff's experts will be named with a report furnished by:   __May 29, 2006__

4. Defendant's experts must be named with a report furnished
   within 30 days of the completion of the depositions of Plaintiffs'
   experts

5. Discovery must be completed by:   __August 29, 2006__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court*
   *No Continuance will be granted because of information acquired in post-deadline discovery*

************************ The Court will provide these dates ******************************

6. Dispositive Motions will be filed by:   July 30, 2006

7. Joint pretrial order is due:   October 19, 2006

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   October 31, ~~November~~ 2006 @ 1:30

9. Jury Selection is set for 9:00 a.m. on:   November 2, 2006 ~~2006~~

The case will remain on standby until tried.

Signed 28th day of Feb 2006, at Brownsville, Texas.

_____
Andrew S. Hanen
United States District Judge

AGREED TO:

1. Alberto T. Garcia III
   Federal Admissions No. 19679
   State Bar No. 00787515
   Law Offices Of Alberto T. Garcia III
   10125 North 10th Street, Suite E
   McAllen, Texas 78504
   956/380-3700
   956/380-3703 - fax

   Attorney-in-charge for Plaintiffs other than those claiming Through Decedents Omar Esparza Contreras and Roberto Esparza Rico

   By: s/ Alberto T. Garcia, III       Date: February 21, 2006
       Alberto T. Garcia, III


2. Adrian R. Martinez
   Federal Admissions No. 11342
   State Bar No. 13137600
   ROERIG, OLIVEIRA & FISHER, LLP
   10225 North 10th Street
   McAllen, TX 78504
   956-393-6300
   956-386-1625 Fax

   Attorney-in-Charge for Plaintiffs Claiming Through Decedents Omar Esparza Contreras and Roberto Esparza Rico

   By: /s/ Adrian R. Martinez       Date: February 21, 2006
       Adrian R. Martinez


3. Mitchell C. Chaney
   Federal Admissions No. 1918
   State Bar No. 04107500
   Attorney-in-Charge
   Joseph A. Rodriguez
   Federal ID No. 10107
   State Bar No. 17146600
   R. Patrick Rodriguez
   Federal Admissions No. 22949

State Bar No. 24002861
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren
Brownsville, Texas 78521
(956) 542-7441
(956) 541-2170 – fax

Attorneys for Defendant Union Pacific Railroad Company And Union Pacific Corporation

By __/s/ Mitchell C. Chaney__        Date: _February 21, 2006_
    Mitchell C. Chaney