UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk



January 25, 2006

Mr. Charles R. Fulbruge, III, Clerk         Re: Juvenal Esparza Rico et al.
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                   VS  Arnulfo Flores, Jr. et al.
New Orleans, Louisiana 70130

                                            CR B-04-117         05-41719

Dear Sir:

In connection with this appeal, the following documents are transmitted electronically. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of __1__ Volume(s) of the record; __1__ Volume(s) of the transcript;

[ ] Other: _____
In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[ ] U.S. District Judge entering final order is_____Hilda G. Tagle_____

[ ] Court reporter assigned to this case is_____

[ ] If criminal case, number and names of defendants:_____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

                                            Very Truly,

                                            MICHAEL N. MILBY, CLERK

                                            BY: Maricela Perez
                                            Maricela Perez, Deputy Clerk

cc:   File