# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL § § § § § | CIVIL ACTION NO. B-04-117 |
| VS. § § § | |
| ARNULFO FLORES, JR., ET AL § | |

## PLAINTIFFS' UNOPPOSED MOTION TO ABATE DISCOVERY DEADLINES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW PLAINTIFFS JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL and file their Motion to Abate Discovery Deadlines and in support hereof would show the Court as follows:

### I.

### BACKGROUND

This wrongful death case was filed by 33 adult and minor Plaintiffs over the deaths of 10 persons. Most of the Plaintiffs live in foreign countries, including Mexico, Honduras, El Salvador and Guatemala. The parties have engaged in written discovery but coordinating the depositions of the majority of the Plaintiffs has been more problematic than initially anticipated. Defendants would like to depose all Plaintiffs within the Southern District of Texas and Plaintiffs would like to be able to present all Plaintiffs live at a trial in Brownsville, Texas.

The Parties are currently subject to the deadlines set forth in the February 28, 2006 Agreed Amended Scheduling Order. According to the Order, Plaintiffs must designate experts and provide expert reports by May 29, 2006, Defendants must do so within thirty days of the completion of the depositions of Plaintiffs' experts, and discovery must be completed by August 29, 2006. The Parties do not believe that they will be able to comply with these deadlines in light of the delays involved with getting all of the Plaintiffs deposed. Without Plaintiffs' depositions, the Parties' damage experts [such as economists, vocational or lost earnings experts] will not be able to fully evaluate each of the ten decedents' lost earnings, earning capacity and other similar economic damages suffered by Plaintiffs.

At the time of the filing of this motion, Plaintiffs have produced for deposition the following Plaintiffs: (1) Juan Antonio Reyes Aguilar, the father of decedent Juan Enrique Reyes Meza, was deposed in McAllen, Texas on May 9, 2006 and (2) Irene Godinez Cardona, the widow of decedent Roberto Esparza Rico was deposed in Houston, Texas on May 11, 2006.

## II.

### ATTEMPTS TO OBTAIN VISAS

The majority of the Plaintiffs are citizens of foreign countries and cannot appear for trial in Brownsville, Texas without a visa issued by the United States government. Mr. Anthony Matulewicz, an immigration attorney with offices in McAllen, Texas, has been engaged to assist the Plaintiffs to obtain visas so that they can come to Texas to

testify by deposition and at trial. Mr. Matulewicz's affidavit explaining some of the issues associated with obtaining visas for the Plaintiffs is attached hereto as Exhibit 1.

Generally, citizens and permanent residents of the foreign countries where Plaintiffs live must have a nonimmigrant visa or Border Crossing Card (also known as a "Laser Visa") to enter the United States. Foreign citizens must apply for a visa at an American embassy or consulate in their foreign country. The visa allows a foreign citizen to travel to a port-of-entry in the United States. At the port-of-entry, an officer of the Department of Homeland Security decides whether to allow the person to enter and how long they can stay in the United States. The process includes filling out certain paperwork and an interview by an American consular officer.

According to Mr. Matulewicz, the length of time that it takes for an American consulate office to evaluate and approve a visa application varies in each consular office. Consular offices in certain cities are able to process visa applications faster but others seem to take a lot longer. Thus, at this time Mr. Matulewicz cannot estimate how long it will take for each Plaintiff to obtain the necessary visa so that they can appear in Brownsville, Texas for a deposition or trial.

The Parties have discussed the possibility of going to one or more of the relevant foreign countries to take Plaintiffs' depositions. However, Defendants are opposed to the expense associated with such a trip unless Plaintiffs agree not to ask questions at any such deposition. Plaintiffs are opposed to this proposal because if any Plaintiffs' visa applications are not approved by the time of trial, Plaintiff would like to present such Plaintiff's deposition testimony to the jury. The Parties' dispute about the restrictions

on Plaintiffs should their depositions to be taken in their home country is another reason why the Parties need more time to arrange for Plaintiffs' presence in Texas.

## IV.

## REQUESTED RELIEF

Plaintiffs respectfully request that the Court abate all of the deadlines in the current Agreed Amended Scheduling Order for six months.

## V.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court enter an order awarding all the relief requested herein and any and all other relief to which they may show themselves just entitled.

Respectfully submitted,

**LAW OFFICE OF ALBERTO T. GARCIA III**
10125 N. 10th Street, Suite E
McAllen, Texas 78504
Telephone: 956-380-3700
Fax: 956-380-3703


/s/ Albert Garcia
**ALBERTO T. GARCIA III**
Texas State Bar No. 00787515
Southern District of Texas Bar No. 19679

**ATTORNEY IN CHARGE FOR PLAINTIFFS, OTHER THAN THOSE CLAIMING THROUGH DECEDENTS OMAR ESPARZA CONTRERAS AND ROBERTO ESPARZA RICO**

**Mr. Adrian R. Martinez**
Texas State Bar No. 13137600
Southern District of Texas Bar No. 11342
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
10225 N. 10th Street
McAllen, Texas 78504
Telephone: 956-393-6300
Fax: 956-386-1625

**ATTORNEY IN CHARGE FOR PLAINTIFFS CLAIMING THROUGH DECEDENTS OMAR ESPARZA CONTRERAS AND ROBERTO ESPARZA RICO**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he conferred with Mr. Mitchell Chaney, counsel for the Union Pacific defendants, about the attached motion and he indicated that he is not opposed to the motion.

/s/ Albert Garcia
Albert Garcia

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the attorneys listed below on May 17, 2006 by fax and/or regular mail.

| | |
|---|---|
| Mr. Mitchell C. Chaney<br>RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.<br>1201 East Van Buren<br>Post Office Box 2155<br>Brownsville, Texas  78522 | Via Fax |
| Ms. Norma Arriaga Trevino<br>Liberty County Institution<br>IN# 04 133 938 H-1<br>P.O. Box 10069<br>Liberty, Texas  77575 | Via Regular Mail |
| Mr. Arnulfo Flores, Jr.<br>Karnes City Correctional Center<br>810 Commerce St.<br>Karnes City, Texas  78118 | Via Regular Mail |

/s/ Albert Garcia
Albert Garcia
