## **AFFIDAVIT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

ANTHONY MATULEWICZ, upon his oath deposes and states the following:

"My name is ANTHONY MATULEWICZ, I am over the age of 18 years, have never been convicted of a felony, and am mentally competent to make this affidavit. The statements made herein are within my personal knowledge and they are true and correct."

"I am an attorney licensed to practice law in the State of Texas and in the Southern District of Texas. I am a partner in the law firm of Matulewicz & Associates, P.C. where I specialize in immigration law. I was engaged to assist the foreign-resident Plaintiffs in Civil Action No. B-04-117, styled Juvenal Esparza Rico, et al v. Union Pacific Railroad, et al, pending in the United State District Court, Southern District of Texas, Brownsville Division, to obtain visas so that they can appear in Texas to give testimony by deposition and/or at trial."

"I have been asked to assist the following ten adult Plaintiffs to obtain the proper visas:

1. Honduras—Obdulia Ferrufino Burgos, age 64, Eva Cristina Sanchez Sierra, age 43, Clementina Sanchez, age 64 and Manuel de Jesus Doblado Avila, age 86;

2. Mexico—Maria Ines Munoz Briones, age 26; Juvenal Esparza Rico, age 50, Arcelia Contreras Ortega, age 47;

3. El Salvador—Rosa Delia Hernandez de Ardon, age 32; and

4. Guatemala—Sixto Acevedo, age 73, and Maria Emilia Perez, age 60."

"The process for obtaining a non-immigrant visa generally begins with a person obtaining a passport from their home country. They must then submit a visa application form to the United States Consulate office nearest to their home. These applications consist of Form DS-156 (Nonimmigrant Visa Application), DS-157 (Supplemental Nonimmigrant Visa Application) which must be filled out by men between the ages of 16 and 45, and DS-158 (Contact Information and Work History for Nonimmigrant Visa Applicant). The applicant must pay a $100 application and processing fee. In Honduras, the fee must be paid at any computerized branch of Banco Atlantida, in Mexico, at any branch of BANAMEX, in El Salvador, at any main branch of Banco Cuscatlan, and in Guatemala, at a branch of Banco Uno."

"Once the application fee is paid, the applicant must obtain an appointment for an interview by a U.S. Consular Officer. In Honduras, an applicant obtains an interview appointment the bank cashier at the Banco Atlantida where the visa application fee is paid, will give the applicant a receipt which will show the date and time of the interview. In Mexico, an applicant gets an interview appointment by calling a toll number. In El Salvador, El Salvador, the applicant must call the regional U.S. Visa Information Center by buying a special Telefonica calling card that says 'VISAS USA' and is available at any branch of Telefonica in El Salvador. In Guatemala, an applicant makes an appointment by purchasing a Telepunto phone card that says 'VISAS USA' in order to call the visa call center."

"Estimated wait times are also different in each country. The United States State Department posts on its websites, estimated wait times for obtaining an appointment with a consular officer and the processing of a nonimmigrant visa application. The address for that website is travel.state.gov/visa/temp/wait/tempvisitors_wait.php. According to that website, the estimated wait times for Tegucigalpa, Honduras are 53 days to obtain an interview appointment and 4 days to process the visa, for Monterrey, Mexico, 119 days to obtain an interview appointment and 30 days to process the visa, for San Salvador, 14 days to obtain an interview appointment and 1 day to process the visa, and for Guatemala City, 1 day to obtain an interview appointment and 1 day to process the visa. Of course, one must also consider the time it will take for an applicant to gather all the background information necessary to complete the visa application, the time it will take to meet with or correspond with my office for assistance, travel time to and from the interview with the consular office and any delays that may arise if the consular office is not satisfied with the documentation submitted with the visa application."

"At this time, none of the adult Plaintiffs identified above have received a visa. Most have filed an application for a passport and are awaiting the receipt of the passport. Once it is received, the visa applications will be submitted and the process will take its course."

"A visa does not guarantee that a person will be allowed entry into the United States. The visa allows a foreign citizen to travel to a U.S. port of entry. An immigration inspector of the U.S. Directorate of Border and Transportation Security in the Department of Homeland Security has authority to allow or deny admission."

"Further affiant sayeth not."

_____
ANTHONY MATULEWICZ

SWORN TO AND SUBSCRIBED before me by the said ANTHONY MATULEWICZ, on this the ___ day of May, 2006.



Blanca E.R. Davila
Notary Public In and For
The State of Texas

[notary public seal]

3