IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL | § § § § § § | CIVIL ACTION NO. B-04-117 |
| VS. | § § § | |
| ARNULFO FLORES, JR., ET AL | § | |

**ORDER ON PLAINTIFFS' UNOPPOSED
MOTION TO ABATE DISCOVERY DEADLINES**

CAME TO BE CONSIDERED Plaintiffs' Unopposed Motion to Abate Discovery Deadlines, and after considering the Motion, the Court is of the opinion that the Motion is well taken and should in all respects be GRANTED. IT IS THEREFORE ORDERED that all of the deadlines set forth in this Court's Agreed Amended Scheduling Order signed on February 28, 2006 are hereby abated for six months.

SIGNED AND ENTERED THIS _____ day of _____, 2006.

_____
Andrew S. Hanen
United States District Judge