IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. B-04-117 |
| | § | |
| ARNULFO FLORES, JR., et al., | § | |
| Defendants. | § | |

**ORDER**

Pending before the Court is Plaintiffs' Unopposed Motion to Abate Discovery Deadlines. *Docket No. 48*. Said Motion is hereby **GRANTED**. Absent extraordinary circumstances, no further continuances will be entertained. If the parties' current attempts at discovery prove unfruitful, they should consider alternative means of discovery and/or approach the Court for guidance. The following are new deadlines that will control the remainder of the case:

1. Plaintiffs' experts will be named with a report furnished by September 28, 2006.

2. Defendants' experts must be named with a report furnished by October 27, 2006.

3. Discovery must be completed by March 2, 2007.

4. Dispositive motions will be filed by January 12, 2007.

5. Responses to dispositive motions are due February 9, 2007.

6. Joint Pretrial Order is due April 6, 2007.

7. Non-dispositive motion deadline is April 6, 2007.

8. Pretrial Conference is May 2, 2007.

9. Jury Selection is May 4, 2007.

Signed in Brownsville, Texas, this 2nd day of June, 2006.

Andrew S. Hanen
United States District Judge