**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA | § | |
| CONTRERAS ORTEGA, INDIVIDUALLY | § | |
| AND AS THE SOLE SURVIVING HEIRS OF | § | |
| THE ESTATE OF THEIR SON, OMAR | § | |
| ESPARZA CONTRERAS; ET AL | § | CIVIL ACTION NO. B-04-117 |
| | § | |
| VS. | § | |
| | § | |
| ARNULFO FLORES, JR., ET AL | § | |

**PLAINTIFFS' OPPOSED MOTION TO**
**CONTINUE EXPERT DESIGNATION DEADLINES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW PLAINTIFFS JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL and file their Opposed Motion to Continue Expert Designation Deadlines and in support hereof would show the Court as follows:

**I.**

**BACKGROUND**

This wrongful death case was filed by 33 adult and minor Plaintiffs over the deaths of 10 persons. Most of the Plaintiffs live in foreign countries, including Mexico, Honduras, El Salvador and Guatemala. The parties have engaged in written discovery and have taken some depositions of some Plaintiffs. However, coordinating the depositions of the majority of the Plaintiffs has been more problematic than initially anticipated. Defendants would like to depose all Plaintiffs within the Southern District

of Texas and Plaintiffs would like to be able to present all Plaintiffs live at a trial in Brownsville, Texas.

The Parties are currently subject to the expert designation deadlines set forth in the June 2, 2006 Scheduling Order. Thus, Plaintiffs must designate experts and provide expert reports by September 28, 2006 and Defendants must do so by October 27, 2006. The Parties do not believe that they will be able to comply with these deadlines in light of the delays involved with getting all of the Plaintiffs deposed. Without Plaintiffs' depositions, the Parties' damage experts [such as economists, vocational or lost earnings experts] will not be able to fully evaluate each of the ten decedents' lost earnings, earning capacity and other similar economic damages suffered by Plaintiffs.

At the time of the filing of this motion, Plaintiffs have produced for deposition the following Plaintiffs: (1) Juan Antonio Reyes Aguilar, the father of decedent Juan Enrique Reyes Meza, was deposed in McAllen, Texas on May 9, 2006, (2) Irene Godinez Cardona, the widow of decedent Roberto Esparza Rico was deposed in Houston, Texas on May 11, 2006, (3) Sixto Antonio Acevedo Duarte, the father of decedent Byron Adner Acevedo Perez, was deposed in McAllen, Texas on June 26, 2006 and (4) Eliseo Acevedo, the brother of decedent Byron Adner Acevedo Perez, was deposed in McAllen, Texas on June 26, 2006.

## II.

## ATTEMPTS TO OBTAIN VISAS

The majority of the Plaintiffs are citizens of foreign countries and cannot appear for trial in Brownsville, Texas without a visa issued by the United States government. As

detailed in a prior motion for continuance, Mr. Anthony Matulewicz, an immigration attorney with offices in McAllen, Texas, has been engaged to assist the Plaintiffs to obtain visas so that they can come to Texas to testify by deposition and at trial. Mr. Matulewicz's office is still proceeding with those efforts and he anticipates that some of the Plaintiffs may be able to be deposed in October or November 2006 with others to follow.

The Parties have discussed the possibility of going to one or more of the relevant foreign countries to take Plaintiffs' depositions. However, Defendants are opposed to the expense associated with such a trip unless Plaintiffs agree not to ask questions at any such deposition. Plaintiffs are opposed to this proposal because if any Plaintiffs' visa applications are not approved by the time of trial, Plaintiff would like to present such Plaintiff's deposition testimony to the jury. The Parties' dispute about the restrictions on Plaintiffs should their depositions to be taken in their home country is another reason why the Parties need more time to arrange for Plaintiffs' presence in Texas.

## IV.

## REQUESTED RELIEF

Plaintiffs respectfully request that the Court continue the expert designation deadlines for 90 days.

## V.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court enter an order awarding all the relief requested herein and any and all other relief to

which they may show themselves just entitled.

Respectfully submitted,

**LAW OFFICE OF ALBERTO T. GARCIA III**
10125 N. 10th Street, Suite E
McAllen, Texas  78504
Telephone:  956-380-3700
Fax:  956-380-3703

/s/ Albert Garcia
**ALBERTO T. GARCIA III**
Texas State Bar No. 00787515
Southern District of Texas Bar No. 19679

**ATTORNEY IN CHARGE FOR PLAINTIFFS,
OTHER THAN THOSE CLAIMING THROUGH
DECEDENTS OMAR ESPARZA CONTRERAS
AND ROBERTO ESPARZA RICO**

**Mr. Adrian R. Martinez**
Texas State Bar No. 13137600
Southern District of Texas Bar No. 11342
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
10225 N. 10th Street
McAllen, Texas  78504
Telephone:  956-393-6300
Fax:  956-386-1625

**ATTORNEY IN CHARGE FOR PLAINTIFFS
CLAIMING THROUGH DECEDENTS OMAR
ESPARZA CONTRERAS AND ROBERTO
ESPARZA RICO**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with Mr. Mitchell Chaney and Mr. Patrick Rodriguez, counsel for the Union Pacific defendants, about the attached motion and they indicated that they are opposed to the motion.

/s/ Albert Garcia
Albert Garcia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the attorneys listed below on September 20, 2006 by fax, regular mail and/or electronically.

Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas  78522

Ms. Norma Arriaga Trevino
Liberty County Institution
IN# 04 133 938 H-1
P.O. Box 10069
Liberty, Texas  77575

Mr. Arnulfo Flores, Jr.
Karnes City Correctional Center
810 Commerce St.
Karnes City, Texas  78118

/s/ Albert Garcia
Albert Garcia