IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL | § § § § § | CIVIL ACTION NO. B-04-117 |
| VS. | § § § | |
| ARNULFO FLORES, JR., ET AL | § | |

**ORDER ON PLAINTIFFS' OPPOSED MOTION
TO CONTINUE EXPERT DESIGNATION DEADLINES**

CAME TO BE CONSIDERED Plaintiffs' Opposed Motion to Continue Expert Designation Deadlines, and after considering the Motion, the Court is of the opinion that the Motion is well taken and should in all respects be GRANTED. IT IS THEREFORE ORDERED that the Scheduling Order dated June 2, 2006 is modified in part so that Plaintiffs' experts will be named with a report furnished by _____, 200___ and Defendants' experts will be named with a report furnished by _____, 200___. All other deadlines in the June 2, 2006 Order shall remain in effect.

SIGNED AND ENTERED THIS _____ day of _____, 2006.

_____
Andrew S. Hanen
United States District Judge