# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; MARIA INES MUNOZ BRIONES , INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, INGRI MARVELLA REYES MUNOZ AND CLARISA YAJAIRA REYES MUNOZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, JUAN ENRIQUE REYES MEZA; JUAN ANTONIO REYES AGUILAR, INDIVIDUALLY; IRENE GODINEZ CARDONA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR SON, ROBERTO ESPARZA GODINEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, ROBERTO ESPARZA RICO; CLEMENTINA SANCHEZ, INDIVIDUALLY; EVA CRISTINA SANCHEZ SIERRA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, KARLA LIZETH AMADOR SANCHEZ, NANCY MARISOL AMADOR SANCHEZ, MARVIN ALEXANDER AMADOR SANCHEZ AND FRANCIS ESTEFANIA AMADOR SANCHEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, PEDRO AMADOR LOPEZ; MANUEL DE JESUS DOBLADO AVILA, INDIVIDUALLY, DELMIRA SOLER DOBLADO, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN NELIS AVILA SOLER, EVER AVILA SOLER, AND ELMER ROBERTO AVILA SOLER, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND ISIDRO AVILA BUESO; LUDIS YESENIA AVILA SOLER, INDIVIDUALLY; OBDULIA FERRUFINO BURGOS; INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR GRANDCHILDREN JONATHAN JOEL GUTIERREZ FERRUFINO, LELY AMPARO CANALES FERRUFINO, IVY ROXANA CANALES FERRUFINO, OSCAR ALFREDO FERRUFINO, JAIRO MAURICIO FERRUFINO, KATHERINE NINOSKA CANALES | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§  CIVIL ACTION NO. B-04-117 |

19776MS006−00001

FERRUFINO, JENNIFER GUADALUPE §
FERRUFINO, AND ELMER NOE FERRUFINO, §
AND AS A SURVIVING HEIR OF THE ESTATES §
OF HER DAUGHTERS, ROSIBEL FERRUFINO §
AND LELY ELIZABETH FERRUFINO, AND HER §
GRANDDAUGHTER LESLY ESMERALDA §
FERRUFINO, ROSA DELIA HERNANDEZ DE §
ARDON, INDIVIDUALLY, AS NEXT FRIEND OF §
HER MINOR CHILDREN HAROLD MAURICIO §
ARDON HERNANDEZ, MARELYN IVETTE §
ARDON HERNANDEZ, AND AS A SURVIVING §
HEIR OF THE ESTATE OF HER HUSBAND, §
DOMINGO ARDON SIBRIAN; SIXTO ACEVEDO §
AND MARIA EMILIA PEREZ, INDIVIDUALLY §
AND AS THE SOLE SURVIVING HEIRS OF §
THE ESTATE OF THEIR SON, BYRON ADNER §
ACEVEDO PEREZ §
  §
VS. §
  §
ARNULFO FLORES, JR., NORMA ARRIAGA §
TREVINO a/k/a NORMA BOCANEGRA, UNION §
PACIFIC CORPORATION, UNION PACIFIC §
RAILROAD COMPANY, A T & L RAILROAD §
COMPANY, INC. AND ARCHER DANIELS §
MIDLAND COMPANY, §
    Defendants. §

## AFFIDAVIT OF R. PATRICK RODRIGUEZ

STATE OF TEXAS §
  §    KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF CAMERON §

BEFORE ME, the undersigned notary in and for the State of Texas, on this day

personally appeared R. PATRICK RODRIGUEZ, known to me as the person whose

name is subscribed to this Affidavit, and who, being by me first duly sworn, on his oath

deposed and stated as follows:

"My name is R. PATRICK RODRIGUEZ.  I am one of the attorneys of record for Union Pacific Corporation and Union Pacific Railroad Company in the above entitled and numbered case.  I am over 18 years of age and competent to make this affidavit.

I have read Defendants' Response to Plaintiffs' Opposed Motion to Extend Expert Designation Deadlines, and the facts stated therein are within my personal knowledge and are true and correct."

Further Affiant sayeth not.

_____
R. Patrick Rodriguez

SWORN TO AND SUBSCRIBED TO BEFORE ME, by the said R. Patrick Rodriguez, on this the 10th day of October, 2006, to certify which, witness my hand and official seal.



NOTARY PUBLIC, STATE OF TEXAS

My  Commission Expires: _10-23-07_