## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Maria Ines Munoz–Briones
Delmira Soler–Doblado
Obdulia Ferrufino Burgos
Rosa Delia Hernandez–De Ardon
Sixto Acevedo
Juvenal Esparza–Rico
Juan Antonio Reyes Aguilar, Individually
Irene Godinez–Cardona
Clementina Sanchez
Eva Cristina Sanchez–Sierra
Manuel De Jesus Doblado–Avila
Ludis Yesenia Avila Soler, Individually
Arcelia Contreras–Ortega
Maria Emilia Perez , et al.


v.

Case No.: 1:04–cv–00117
Judge Andrew S. Hanen

Arnulfo Flores Jr.
A T & L Railroad Company, Inc.
Norma Arriaga–Trevino
Union Pacific
Union Pacific
Archer Daniels Midland Company , et al.

Defendant

---

## NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

by telephone
United States District Court
600 E. Harrison

Brownsville, TX

**DATE:**       10/19/06

**TIME:**       12:15 PM

**TYPE OF PROCEEDING:**       Telephone Conference


**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE
ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE
CONTENTS OF THIS NOTICE.**


Date:    October 17, 2006

Michael N. Milby, Clerk