IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. B-04-117 |
| | § | |
| ARNULFO FLORES, JR., et al., | § | |
| Defendants. | § | |

**ORDER**

Pending before the Court is Plaintiffs' Opposed Motion to Continue Expert Designation Deadlines. [Doc. No. 51] Said Motion is hereby **GRANTED**. The following are new deadlines that will control:

1. Plaintiffs' experts will be named with a report furnished by January 26, 2007.

2. Defendants' experts must be named with a report furnished by March 2, 2007.

3. Discovery must be completed by June 29, 2007.

4. Dispositive motions will be filed by May 11, 2007.

5. Responses to dispositive motions are due June 8, 2007.

6. Joint Pretrial Order is due August 3, 2007.

7. Non-dispositive motion deadline is August 3, 2007.

8. Pretrial Conference is September 4, 2007 at 1:30 p.m.

9. Jury Selection is September 6, 2007.

Furthermore, the Court hereby orders Plaintiffs to produce a report of the steps taken to make each plaintiff available to be deposed by Defendants counsel and the current status of each plaintiff. The Court requests that this status report include the following for each plaintiff: a description of the efforts made to obtain permission for the plaintiffs to enter the country, the

results of those efforts, what measures need to be taken to obtain permission for the plaintiffs to enter the country or reach a location reasonably accessible to defendants counsel, and when plaintiffs may reasonably expect the necessary documentation. Additionally, the court wants a description of any and all impediments to the plaintiffs attending their own deposition.

Signed in Brownsville, Texas, this 20th day of October, 2006.

                                                  Andrew S. Hanen
                                             United States District Judge