# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Arnulfo Flores
26648-179 Federal Correctional Institution FCI Bastrop
P. O. Box 1010
Bastrop TX 78602

**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED**

NOV 0 6 2006

**MICHAEL N. MILBY, CLERK OF COURT**

Case: 1:04-cv-00117   Instrument: 54   (2 pages)   pty
Date: Oct 24, 2006
Control: 061027955
Notice: The attached order has been entered.

