IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. B-04-117 |
| | § | |
| ARNULFO FLORES, JR., et al., | § | |
| Defendants. | § | |

## ORDER

On October 20, 2006, this Court issued a revised scheduling order including an Order [Doc. No. 54] for Plaintiffs to produce a status report regarding plaintiffs' availability for depositions. That report should be submitted to the Court by December 8th, 2006.

Signed in Brownsville, Texas, this 16th day of November, 2006.

Andrew S. Hanen
United States District Judge