# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

**UNITED STATES COURTS**
**SOUTHERN DISTRICT OF TEXAS**
**FILED**

**NOV 2 4 2006**

**MICHAEL N. MILBY, CLERK OF COURT**

Arnulfo Flores
26648-179 Federal Correctional Institution FCI Bastrop
P. O. Box 1010
Bastrop TX 78602

Case: 1:04-cv-00117   Instrument: 56   (1 pages)   pty
Date: Nov 16, 2006
Control: 061123764
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

HOUSTON TX 772
17 NOV 2006

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 24 2006

MICHAEL N. MILBY, CLERK OF COURT

Released 07/04

Hasler
US POSTAGE