IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL | § § § § § | |
| | § | CIVIL ACTION NO. B-04-117 |
| VS. | § § § | |
| ARNULFO FLORES, JR., ET AL | § | |

### PLAINTIFFS' STATUS REPORT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW PLAINTIFFS JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL and, in accordance with the Court's order of October 20, 2006, submit this Status Report regarding the efforts made to produce Plaintiffs for deposition:

### I.

### BACKGROUND

As the Court knows, most of the Plaintiffs reside in Mexico, Honduras, El Salvador or Guatemala and do not have visas to legally enter the United States. Thus, Plaintiffs' counsel has offered to produce the adult Plaintiffs for deposition in their home countries. Defense counsel has refused and has insisted on taking these depositions within the Southern District of Texas. In order to produce these Plaintiffs for deposition within the Southern District of Texas, each such Plaintiff would have to obtain a visa from the United States government.

## II.

## **STATUS OF PLAINTIFFS' DEPOSITIONS**

At this time, the parties are interested only in taking depositions of adult Plaintiffs, who are not of advanced age. Therefore, there have been no efforts in trying to obtain passports or visas for the minors or for elderly Plaintiffs [unless they are the only adults who can testify on behalf of a given family, such as Obdulia Ferrufino Burgos]. If at a later date, either counsel determines that they will need the testimony of a minor or elderly Plaintiff, Plaintiffs' counsel will agree to produce such Plaintiff for deposition.

Therefore, the status of Plaintiffs' efforts to obtain visas for the following Plaintiffs to come to the Southern District of Texas for their deposition, is as follows:

1. Decedent Rosibel Ferrufino [age 28]—the Plaintiffs making claims as a result of her wrongful death are:

    a. Obdulia Ferrufino Burgos[1] [age 65]—she is Rosibel's mother and resides in Departamento[2] Choluteca, Honduras. Plaintiff's immigration counsel, Mr. Anthony Matulewicz of the McAllen, Texas law firm of Matulewicz, Nitsch & Barrera, L.L.P., assisted her with obtaining a passport and applying for a visa. She had an appointment with the United States Consulate in Tegucigalpa, Honduras[3] on 11/28/06 for an interview in connection with her visa application. Her visa application was denied. Matulewicz, Nitsch & Barrera, L.L.P. is continuing to assist her with obtaining a visa.

    b. Oscar Alfredo Ferrufino [age 15]—he is the son of Rosibel and resides in Departamento Choluteca, Honduras. He has no passport or visa.

---

[1] Obdulia Ferrufino Burgos lost two daughters [Rosibel Ferrufino and Lely Elizabeth Ferrufino] and a granddaughter [Lesly Esmeralda Ferrufino] in this incident. Although her age make it difficult for her to travel to the U.S., she will come because she is the only adult who can testify on behalf of her eight grandchildren who lost their mothers in this incident.

[2] A "departamento" is Honduras' equivalent of a state.

[3] Tegucigalpa is the capital of Honduras.

      c.      Jairo Mauricio Ferrufino [age 13]—he is the son of Rosibel and resides in Departamento Choluteca, Honduras. He has no passport or visa.

      d.      Katherine Ninoska Canales Ferrufino [age 11]—she is the daughter of Rosibel and resides in Departamento Choluteca, Honduras. She has no passport or visa.

      e.      Jennifer Guadalupe Ferrufino [age 9]—she is the daughter of Rosibel and resides in Departamento Choluteca, Honduras. She has no passport or visa.

      f.      Elmer Noe Ferrufino [age 8]—he is the son of Rosibel and resides in Departamento Choluteca, Honduras. He has no passport or visa.

2. Decedent Pedro Amador Lopez [age 38]—the Plaintiffs making claims as a result of his wrongful death are:

      a.      Eva Cristina Sanchez Sierra [age 44]—she is Pedro's wife and resides in Departamento de Olancho, Honduras. Matulewicz, Nitsch & Barrera, L.L.P. assisted her with obtaining a passport and applying for a visa. She had an appointment with the United States Consulate in Tegucigalpa, Honduras on 11/28/06 for an interview in connection with her visa application. Her visa application was denied. Matulewicz, Nitsch & Barrera, L.L.P. is continuing to assist her with obtaining a visa.

      b.      Karla Lizeth Amador Sanchez [age 19]—she is the daughter of Pedro and resides in Departamento de Olancho, Honduras. She has no passport or visa.

      c.      Nancy Marisol Amador Sanchez [age 14]—she is the daughter of Pedro and resides in Departamento de Olancho, Honduras. She has no passport or visa.

      d.      Marvin Alexander Amador Sanchez [age 12]—he is the son of Pedro and resides in Departamento de Olancho, Honduras. He has no passport or visa.

      e.      Francis Estefania Amador Sanchez [age 7]—she is the daughter of Pedro and resides in Departamento de Olancho, Honduras. She has no passport or visa.

      f.      Clementina Sanchez [age 65]—she is the mother of Pedro and resides in Departamento de Olancho, Honduras. She has no passport or visa.

3. Decedent Lely Elizabeth Ferrufino [age 35]—the Plaintiffs making claims as a result of her wrongful death are:

   a. Obdulia Ferrufino Burgos [age 65]—she is Lely's mother and resides in Departamento Choluteca, Honduras. Matulewicz, Nitsch & Barrera, L.L.P., assisted her with obtaining a passport and applying for a visa. She had an appointment with the United States Consulate in Tegucigalpa, Honduras on 11/28/06 for an interview in connection with her visa application. Her visa application was denied. Matulewicz, Nitsch & Barrera, L.L.P. is continuing to assist her with obtaining a visa.

   b. Jonathan Joel Gutierrez Ferrufino [age 14]—he is the son of Lely and resides in Departamento Choluteca, Honduras. He has no passport or visa.

   c. Lely Amparo Canales Ferrufino [age 11]—she is the daughter of Lely and resides in Departamento Choluteca, Honduras. She has no passport or visa.

   d. Ivy Roxana Canales Ferrufino [age 9]—she is the daughter of Lely and resides in Departamento Choluteca, Honduras. She has no passport or visa.

4. Decedent Isidro Avila Bueso [age 38]—the Plaintiffs making claims as a result of his wrongful death are:

   a. Delmira Soler Doblado [age 39]—she is Isidro's wife and resides in Morristown, New Jersey. Plaintiffs' counsel can present her for deposition upon reasonable notice.

   b. Ludis Yesenia Avila Soler [age 20]—she is the daughter of Isidro and resides in Municipio La Libertad de Comayagua, Honduras. She has no passport or visa.

   c. Nelis Avila Soler [age 19]—she is the daughter of Isidro and resides in Municipio La Libertad de Comayagua, Honduras. She has no passport or visa.

   d. Ever Avila Soler [age 16]—he is the son of Isidro and resides in Municipio La Libertad de Comayagua, Honduras. He has no passport or visa.

   e. Elmer Roberto Avila Soler [age 14]—he is the son of Isidro and resides in Municipio La Libertad de Comayagua, Honduras. He has no passport or visa.

  f. Manuel de Jesus Doblado Avila [age 86]—he is the father of Isidro and resided in Municipio La Libertad de Comayagua, Honduras. He recently passed away.

5. Decedent Juan Enrique Reyes Meza [age 27]—the Plaintiffs making claims as a result of his wrongful death are:

  a. Maria Ines Munoz Briones [age 27]—she is Juan's wife and resides in Montemorelos, Nuevo Leon, Mexico. Matulewicz, Nitsch & Barrera, L.L.P., assisted her with obtaining a passport and applying for a visa. She has a passport and has applied for a visa. She has an appointment on March 5, 2007 with the U.S. Consulate in Monterrey, Nuevo Leon, Mexico in connection with her visa application. Immigration counsel is trying to get the appointment moved up to an earlier date.

  b. Clarisa Yajaira Reyes Munoz [age 10]—she is the daughter of Juan and resides in Montemorelos, Nuevo Leon, Mexico. She has no passport or visa.

  c. Ingri Marvella Reyes Munoz [age 4]—she is the daughter of Juan and resides in Montemorelos, Nuevo Leon, Mexico. She has no passport or visa.

  d. Juan Antonio Reyes Aguilar [age 63]—he is the father of Juan and was deposed in McAllen, Texas on 5/9/06.

6. Decedent Domingo Ardon Sibrian [age 36]—the Plaintiffs making claims as a result of his wrongful death are:

  a. Rosa Delia Hernandez de Ardon [age 33]—she is Domingo's wife and resides in Mejicanos, San Salvador, El Salvador. Matulewicz, Nitsch & Barrera, L.L.P., assisted her with obtaining a passport and applying for a visa. She has a passport and has applied for a visa. She had an appointment on November 14, 2007 with the U.S. Consulate in El Salvador, San Salvador in connection with her visa application. Her visa application was denied. Matulewicz, Nitsch & Barrera, L.L.P. is continuing to assist her with obtaining a visa.

  b. Marelyn Ivette Ardon Hernandez [age 10]—she is the daughter of Domingo and resides in Mejicanos, San Salvador, El Salvador. She has no passport or visa.

  c. Harold Mauricio Ardon Hernandez [age 7]—he is the son of Domingo and resides in Mejicanos, San Salvador, El Salvador. He has no passport or visa.

7. Decedent Roberto Esparza Rico [age 23]—the Plaintiffs making claims as a result of his wrongful death are:

   a. Irene Godinez Cardona [age 25]—she is Roberto's wife and resides in Aubrey, Texas. She was deposed in Houston, Texas on 5/11/06.

   b. Roberto Esparza Godinez [age 4]—he is the son of Roberto and resides in Aubrey, Texas with his mother.

8. Decedent Omar Esparza Contreras [age 16]—the Plaintiffs making claims as a result of his wrongful death are:

   a. Juvenal Esparza Rico [age 50]—he is the father of Omar. Matulewicz, Nitsch & Barrera, L.L.P., assisted her with obtaining a passport and applying for a visa. He has a passport and has applied for a visa. He has an appointment on January 2, 2007 with the U.S. Consulate in Guadalajara, Jalisco, Mexico in connection with his visa application.

   b. Arcelia Contreras Ortega [age 48]—she is the mother of Omar. Matulewicz, Nitsch & Barrera, L.L.P., assisted her with obtaining a passport and applying for a visa. She has a passport and has applied for a visa. She has an appointment on January 2, 2007 with the U.S. Consulate in Guadalajara, Jalisco, Mexico in connection with her visa application.

9. Decedent Byron Acevedo Perez [age 18]—the Plaintiffs making claims as a result of his wrongful death are:

   a. Sixto Acevedo [age 74]—he is the father of Byron and resides in Chiquimila, Guatemala. He was deposed in McAllen, Texas on 6/26/06.

   b. Maria Emilia Perez [age 61]—she is the mother of Byron and resides in Chiquimila, Guatemala. She has a passport but has not applied for a visa. At this time, Plaintiffs do not propose to present her for a deposition because of her age and because her husband has already been deposed.

10. Decedent Lesly Esmeralda Ferrufino [age 17]—the only Plaintiff making a claim in connection with her death is her Estate, which is being represented by her grandmother, Obdulia Ferrufino Burgos. Plaintiff's immigration counsel, Mr. Anthony Matulewicz of the McAllen, Texas law firm of Matulewicz, Nitsch & Barrera, L.L.P., assisted her with obtaining a passport and applying for a visa. She had an appointment with the United States Consulate in Tegucigalpa, Honduras on 11/28/06 for an interview in connection with her visa application. Her visa application was denied. Matulewicz, Nitsch & Barrera, L.L.P. is continuing to assist her with obtaining a visa.

## III.

## **CONCLUSION**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court allow Plaintiffs to update this Status Report as new information becomes available, that the Court enter the attached Order in accordance with its offer to do so during the telephonic conference recently held with all counsel, and for any and all other relief to which they may show themselves just entitled.

          Respectfully submitted,

          **GARCIA & MARTINEZ, L.L.P.**
          10125 N. 10th Street, Suite E
          McAllen, Texas  78504
          Telephone:  956-380-3700
          Fax:  956-380-3703

          /s/ Albert Garcia
          **ALBERTO T. GARCIA III**
          Texas State Bar No. 00787515
          Southern District of Texas Bar No. 19679
          **ADRIAN R. MARTINEZ**
          Texas State Bar No. 13137600
          Southern District of Texas Bar No. 11342

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he forwarded a draft of the attached proposed order to counsel for Union Pacific and Ms. Rosa Maria Villagomez-Vela, of the law firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P., stated that her law firm cannot comment on the language in the proposed order because they have no expertise in immigration law.

          /s/ Albert Garcia
          Albert Garcia

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the attorneys listed below on December 5, 2006 by fax, regular mail and/or electronically.

Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas  78522

Ms. Norma Arriaga Trevino
Liberty County Institution
IN# 04 133 938 H-1
P.O. Box 10069
Liberty, Texas  77575

Mr. Arnulfo Flores, Jr.
Karnes City Correctional Center
810 Commerce St.
Karnes City, Texas  78118

                                                      /s/ Albert Garcia
                                                      Albert Garcia