IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; MARIA INES MUNOZ BRIONES, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, INGRI MARVELLA REYES MUNOZ AND CLARISA YAJAIRA REYES MUNOZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, JUAN ENRIQUE REYES MEZA; JUAN ANTONIO REYES AGUILAR, INDIVIDUALLY; IRENE GODINEZ CARDONA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR SON, ROBERTO ESPARZA GODINEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, ROBERTO ESPARZA RICO; CLEMENTINA SANCHEZ, INDIVIDUALLY; EVA CRISTINA SANCHEZ SIERRA, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN, KARLA LIZETH AMADOR SANCHEZ, NANCY MARISOL AMADOR SANCHEZ, MARVIN ALEXANDER AMADOR SANCHEZ AND FRANCIS ESTEFANIA AMADOR SANCHEZ, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND, PEDRO AMADOR LOPEZ; MANUEL DE JESUS DOBLADO AVILA, INDIVIDUALLY; DELMIRA SOLER DOBLADO, INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR CHILDREN NELIS AVILA SOLER, EVER AVILA SOLER, AND ELMER ROBERTO AVILA SOLER, AND AS A SURVIVING HEIR OF THE ESTATE OF HER HUSBAND ISIDRO AVILA BUESO; LUDIS YESENIA AVILA SOLER, INDIVIDUALLY; OBDULIA FERRUFINO BURGOS; INDIVIDUALLY, AS NEXT FRIEND OF HER MINOR GRANDCHILDREN JONATHAN JOEL GUTIERREZ FERRUFINO, LELY AMPARO CANALES FERRUFINO, IVY ROXANA CANALES FERRUFINO, OSCAR ALFREDO FERRUFINO, JAIRO MAURICIO FERRUFINO, KATHERINE | § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-04-117 § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| NINOSKA CANALES FERRUFINO, | § |
| JENNIFER GUADALUPE FERRUFINO, | § |
| AND ELMER NOE FERRUFINO, AND AS A | § |
| SURVIVING HEIR OF THE ESTATES OF | § |
| HER DAUGHTERS, ROSIBEL FERRUFINO | § |
| AND LELY ELIZABETH FERRUFINO, AND | § |
| HER GRANDDAUGHTER LESLY ESMERALDA | § |
| FERRUFINO; ROSA DELIA HERNANDEZ | § |
| DE ARDON, INDIVIDUALLY, AS NEXT | § |
| FRIEND OF HER MINOR CHILDREN | § |
| HAROLD MAURICIO ARDON HERNANDEZ, | § |
| MARELYN IVETTE ARDON HERNANDEZ, | § |
| AND AS A SURVIVING HEIR OF THE | § |
| ESTATE OF HER HUSBAND, DOMINGO | § |
| ARDON SIBRIAN; SIXTO ACEVEDO AND | § |
| MARIA EMILIA PEREZ, INDIVIDUALLY | § |
| AND AS THE SOLE SURVIVING HEIRS OF | § |
| THE ESTATE OF THEIR SON, BYRON | § |
| ADNER ACEVEDO PEREZ | § |
| | § |
| VS. | § |
| | § |
| UNION PACIFIC CORPORATION and | § |
| UNION PACIFIC RAILROAD COMPANY | § |
|     Defendants | § |

## ORDER AUTHORIZING VISAS

CAME TO BE CONSIDERED Plaintiffs' request that the Court enter an order directing one or more Departments of the United States of America to allow those Plaintiffs in this case who are citizens and residents of foreign countries to come to the United States to give their testimony in the above-referenced case. After considering the Plaintiffs' request, the Court is of the opinion that the Motion is well taken and should in all respects be GRANTED.

IT IS THEREFORE ORDERED that the Department of State, Department of Homeland Security, United States Embassies in Mexico, Honduras, El Salvador and Guatemala and United States Consulate's offices in Mexico, Honduras, El Salvador and

Guatemala and any other Department, Agency, Employee, Ambassador, or Consular Officer of the United States of America, are hereby ordered to (1) issue or grant a B1 and/or B2 Visa to the persons identified below, upon their presentation of a passport from the country of their residence or citizenship, and (2) allow the persons identified below to enter the United States of America through any port of entry, upon the presentation of a Visa and passport so that such persons may offer testimony in the above-referenced case.

|    | Name                              | Date of Birth | Home Country |
|----|-----------------------------------|---------------|--------------|
| 1  | Obdulia Ferrufino Burgos          | 4/12/41       | Honduras     |
| 2  | Oscar Alfredo Ferrufino           | 2/15/91       | Honduras     |
| 3  | Jonathan Joel Gutierrez Ferrufino | 2/17/92       | Honduras     |
| 4  | Clementina Sanchez                | 1/25/41       | Honduras     |
| 5  | Eva Cristina Sanchez Sierra       | 7/21/62       | Honduras     |
| 6  | Karla Lizeth Amador Sanchez       | 3/4/87        | Honduras     |
| 7  | Manuel de Jesus Doblado Avila     | 9/8/19        | Honduras     |
| 8  | Nelis Avila Soler                 | 9/20/87       | Honduras     |
| 9  | Ludis Yesenia Avila Soler         | 4/22/86       | Honduras     |
| 10 | Maria Ines Munoz Briones          | 8/15/79       | Mexico       |
| 11 | Rosa Delia Hernandez de Ardon     | 8/6/73        | El Salvador  |
| 12 | Juvenal Esparza Rico              | 12/16/55      | Mexico       |
| 13 | Arcelia Contreras Ortega          | 1/12/58       | Mexico       |
| 14 | Maria Emilia Perez de Acevedo     | 6/29/45       | Guatemala    |

SIGNED AND ENTERED THIS _____ day of _____, 2006.

_____
Andrew S. Hanen
United States District Judge