IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, et al. <br><br> VS. <br><br> ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC. AND ARCHER DANIELS MIDLAND COMPANY | § <br> § <br> § <br> § <br> § <br> § <br> § **CIVIL ACTION NO. B-04-117** <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER GRANTING
## DEFENDANTS UNION PACIFIC RAILROAD COMPANY'S AND
## UNION PACIFIC CORPORATION'S
## OPPOSED MOTION FOR STATUS CONFERENCE

Came on to be heard the Defendants Union Pacific Railroad Company's and Union Pacific Corporation's Opposed Motion for Status Conference. The Court is of the opinion that said Motion should be **GRANTED**. It is therefore ORDERED that a Telephonic Status Conference be scheduled to take place on March _____, 2007 beginning at _____ _____.m.

Signed \_\_\_\_\_ day of _____ 2007, at Brownsville, Texas.

                                                            Andrew S. Hanen
                                                            United States District Judge