IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARACELI CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, et al. | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-117 |
| ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO a/k/a NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, AT&L RAILROAD COMPANY, INC. AND ARCHER DANIELS MIDLAND COMPANY | § § § § § § | |

# ORDER

Came on to be heard the Defendants Union Pacific Railroad Company's and Union Pacific Corporation's Opposed Motion for Status Conference. The Court is of the opinion that said Motion should be **GRANTED**. It is therefore **ORDERED** that a Telephonic Status Conference be scheduled to take place on **March 15, 2007** at **9:00 a.m.** Mr. Mitchell C. Chaney is to arrange the conference call with Plaintiff's counsel and the Court.

Signed this 6th day of March, 2007.

Andrew S. Hanen
United States District Judge