**RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.**
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
TERI L. DANISH‡
ROSAMARIA VILLAGÓMEZ-VELA

1201 EAST VAN BUREN
P O BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
SARAH A. NICOLAS
NORTON A. (TREY) COLVIN III
DEREK N. MUELLER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
SHAWN MATHIS ISBELL
AARON PEÑA, JR.‡

*BOARD CERTIFIED IN PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

March 21, 2007

Judge Andrew S. Hanen
United States District Court
Southern District of Texas
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

*Via Hand Delivery*

United States District Court
Southern District of Texas
FILED
MAR 21 2007
Michael N. Milby, Clerk of Court

Re:   C.A. No. B-04-117; Juvenal Esparza Rico, et al. v. Arnulfo Flores, Jr., et al.
      United States District Court, Southern District of Texas, Brownsville Div.

Judge Hanen:

   I am writing to advise that Defendant Union Pacific Railroad Company is filing a Petition for Panel Rehearing and a Motion for Certification of Determinative Questions to the Supreme Court of Texas. The deadline for filing these documents is tomorrow, March 22, 2007.

Very truly yours,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

Mitchell C. Chaney

MCC/mac

cc:   Alberto T. Garcia, III                            *Via Facsimile*
      Law Offices of Alberto T. Garcia, III, P.C.
      500 W. Pecan Blvd.
      McAllen, TX 78501