IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL | : : : : : : | CIVIL ACTION NO. B-04-117 |
| VS. | : : | |
| ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO, A/K/A NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC., AND ARCHER DANIELS MIDLAND COMPANY | : : : : : : | |

**ORDER GRANTING DEFENDANTS ARCHER-DANIELS-MIDLAND CO. AND A T & L RAILROAD CO., INC.'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT AS TO THE CLAIMS DISMISSING THEM**

BE IT REMEMBERED on this ___ day of _____, 2007 came to be considered Defendants Archer-Daniels-Midland Co. and A T & L Railroad Co., Inc.'s Unopposed Motion for Entry of Final Judgment as to the Claims Dismissing Them and the Court is of the opinion it should be granted. The Court further finds that:

    A.    The decision concerning Plaintiffs' claims against Defendants Archer-Daniels-Midland Co. and A T & L Railroad Co. is final for those parties and claims;

  B. There is no just reason for delay; and

  C. The Court will direct the entry of a judgment.

  The dismissal of Archer-Daniels-Midland Co. is by stipulation and therefore nothing further in the future can affect the outcome of that dismissal.  A T & L Railroad Co., Inc. was dismissed for want of personal jurisdiction; any future developments in the remainder of the case will not affect that ruling.  There is no good reason why Defendants Archer-Daniels-Midland Co. or A T & L Railroad Co., Inc. should continue to incur the expense of the delay of monitoring this suit to determine when their dismissal shall in fact be final.

  IT IS THEREFORE ORDERED that the pursuant to Federal Rule of Civil Procedure 54(b) a final judgment dismissing Plaintiffs' claims against Defendants Archer-Daniels-Midland Co. or A T & L Railroad Co., Inc. shall be entered.

  SIGNED FOR ENTRY this ___ day of _____, 2007 at Brownsville, Texas.

               _____

               Judge Presiding