IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL : : : : : : : : VS. : : : ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO, A/K/A NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC., AND ARCHER DANIELS MIDLAND COMPANY : : : : : : : : : | CIVIL ACTION NO. B-04-117 |

**FINAL JUDGMENT AS TO PLAINTIFFS' CLAIMS CONCERNING DEFENDANTS ARCHER-DANIELS-MIDLAND CO. AND A T & L RAILROAD CO., INC.**

Previously, Plaintiffs and Defendant Archer-Daniels-Midland Co. stipulated the dismissal of that Defendant. The Court also granted a motion to dismiss for lack of personal jurisdiction over Defendant A T & L Railroad Co., Inc.

The Court now enters Judgment that the claims of Plaintiffs against Defendants Archer-Daniels-Midland Co. and A T & L Railroad Co., Inc. are hereby dismissed.

SIGNED FOR ENTRY this ___ day of _____, 2007 at Brownsville, Texas.

_____
Judge Presiding