# GARCIA & MARTINEZ, L.L.P.

10113 North 10th Street, Suite H
McAllen, Texas 78504
(956) 380-3700
Fax (956) 380-3703
E-mail:  Albert@garmtzlaw.com

File No. 52042

July 11, 2007

Honorable Andrew S. Hanen                Via Electronic Filing
United States District Court
Southern District of Texas
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

      Re:    Civil Action No.  B-04-117; Juvenal Esparza Rico, et al vs. Arnulfo Flores, Jr., et al; In the United States District Court for the Southern District of Texas, Brownsville, Division

Dear Judge Hanen:

The purpose of this letter is to advise the Court that yesterday the Fifth Circuit denied Union Pacific's petition for rehearing and motion to certify questions to the Texas Supreme Court.  The mandate pull date is July 17, 2007.

Sincerely,

/s/ Albert Garcia

ATG/am
Enclosure

cc:    Mr. Mitchell Chaney [Via Fax 956-541-2170 and Electronic Service]
       Mr. Patrick Rodriguez
       Ms. Rosa Maria Villagomez-Vela
       RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
       1201 East Van Buren
       P.O. Box 2155
       Brownsville, Texas 78522