IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL § § § § § § § § § § | CIVIL ACTION NO. B-04-117 |
| VS. | |
| ARNULFO FLORES, JR., ET AL | |

**PLAINTIFFS' UNOPPOSED MOTION
TO ENTER ORDER OF REMAND**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW PLAINTIFFS JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL and file their Unopposed Motion to Enter Order of Remand and in support hereof would show the Court as follows:

I.

BACKGROUND

After the Union Pacific defendants removed this case to this district court, this Court denied Plaintiffs' motion for remand and dismissed Defendants Flores and Trevino. This Court also certified such orders for interlocutory appeal. On March 7, 2007 the Fifth Circuit reversed this Court's orders and remanded the matter to this Court for proceedings consistent with its opinion.

On July 10, 2007 the Fifth Circuit denied the Union Pacific defendants' petition for rehearing and motion to certify questions to the Texas Supreme Court. On July 17, 2007 the Fifth Circuit issued its mandate.

## II.

## REQUESTED RELEIF

In light of the Fifth Circuit's decision, Plaintiffs respectfully request that this Court reconsider its prior orders, rescind such orders and enter an order (1) reinstating Plaintiffs' claims against Defendants Arnulfo Flores, Jr. and Norma Arriaga Trevino, also known as Norma Bocanegra, and (2) remanding this case to the 138th District Court, Cameron County, Texas.

## III.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court enter the orders requested herein and any and all other relief to which they may show themselves just entitled.

Respectfully submitted,

**GARCIA & MARTINEZ, L.L.P.**
10113 N. 10th Street, Suite H
McAllen, Texas  78504
Telephone:  956-380-3700
Fax:  956-380-3703


/s/ Albert Garcia
**ALBERTO T. GARCIA III**
Texas State Bar No. 00787515
Southern District of Texas Bar No. 19679

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

      The undersigned hereby certifies that he conferred with Ms. Rosa Maria Villagomez, counsel for the Union Pacific defendants, about the attached motion and she indicated that she is unopposed to the motion.

      /s/ Albert Garcia
Albert Garcia

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the attorneys listed below on July 23, 2007 by fax and/or regular or electronic mail.

Mr. Mitchell C. Chaney
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas  78522

Ms. Norma Arriaga Trevino
Liberty County Institution
IN# 04 133 938 H-1
P.O. Box 10069
Liberty, Texas  77575

Mr. Arnulfo Flores, Jr.
Karnes City Correctional Center
810 Commerce St.
Karnes City, Texas  78118

      /s/ Albert Garcia
Albert Garcia