## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS; ET AL | § § § § § § CIVIL ACTION NO. B-04-117 |
| VS. | § § § |
| ARNULFO FLORES, JR., ET AL | § |

### ORDER ON PLAINTIFFS' MOTION FOR REMAND

On the 22nd day of November, 2004 came to be heard Plaintiffs' Opposed Motion for Remand. The Court considered the motion, the response filed thereto and all other briefs filed by the parties, the applicable case law and the arguments of counsel and denied the motion, dismissed Plaintiffs' case against Defendants Arnulfo Flores, Jr. and Norma Arriaga Trevino, also known as Norma Bocanegra, and certified the question for interlocutory appeal. In the appeal of this Court's orders, the Fifth Circuit reversed the orders and remanded the matter to this Court for proceedings consistent with its opinion.

THEREFORE, THE COURT HEREBY ORDERS that Plaintiffs' Opposed Motion for Remand is GRANTED, that Plaintiffs' cases against Defendants Arnulfo Flores, Jr. and Norma Arriaga Trevino, also known as Norma Bocanegra, are reinstated and this case shall be remanded to the 138th District Court of Cameron County, Texas.

Signed and Entered on this the _____ day of _____, 2007.

_____
JUDGE PRESIDING

cc: Mr. Alberto T. Garcia III, GARCIA & MARTINEZ, L.L.P., 10113 N. 10th Street, Suite H, McAllen, Texas 78504

Mr. Mitchell C. Chaney, RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P., 1201 East Van Buren, Post Office Box 2155, Brownsville, Texas 78522

Ms. Norma Arriaga Trevino, Liberty County Institution, IN# 04 133 938 H-1, P.O. Box 10069, Liberty, Texas 77575

Mr. Arnulfo Flores, Jr., Karnes City Correctional Center, 810 Commerce St., Karnes City, Texas 78118