United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**F I L E D**
March 7, 2007

Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED

JUL 2 3 2007

Michael N. Milby
Clerk of Court

No. 05-41719

D.C. Docket No. 1:04-CV-117

JUVENAL ESPARZA RICO; ARCELIA CONTRERAS ORTEGA, Individually as the sole surviving heirs of the Estate of their son, Omar Esparza Contreras; MARIA INES MUNOZ BRIONES, Inidividually, as next friend of her minor children, Ingri Marvella Reyes Munoz and Clarisa Yajaira Reyes Munoz, and as a surviving heir of the Estate of her husband, Juan Enr; JUAN ANTONIO REYES AGUILAR, Individually; IRENE GODINEZ CARDONA, Individually, as next friend of her minor son, Roberto Esparza Godinez, and as a surviving heir of the Estate of her husband, Roberto Esparza Godinez, and as a surviving heir; CLEMENTINA SANCHEZ, Individually; EVA CRISTINA SANCHEZ SIERRA, Individually as next friend of her minor children Karla Lizeth Amador Sanchez, Nancy Marisol Amador Sanchez, and Francis Estefania Amador Sanchez, and as a surviving heir; MANUEL DOBLADO AVILA, Individually; DELMIRA SOLER DOBLADO, Individually, as next friend of her minor children, Nelis Avila Soler, Ever Avila Soler, and Elmer Roberto Avila Soler and as a surviving heir of the Estate of her husband Isidro Avila Bueso; LUDIS YESENIA SOLER, Individually; OBDULIA FERRUFINO BURGOS, Individually as next friend of her minor grandchildren Jonathan Joel Gutierrez Ferrufino, Lely Ampao Canales Ferrufino, Ivy Roxana Canales Ferrufino and Oscar Alfredo Ferrufino; ROSA DELIA HERNANDEZ DE ARDON, Individually as next friend of her minor children Harold Mauricio Ardon Hernandez, Marelyn Ivette Ardon Hernandez, and as a surviving heir of the Estate of her husband; SIXTO ACEVEDO; MARIA EMILIA PEREZ, Individually and as the sole surviving heirs of the Estate of their son, Byron Adner Acevedo Perez

Plaintiffs - Appellants

v.

ARNULFO FLORES, JR; NORMA ARRIAGA TREVINO also known as, Norma Bocanegra; UNION PACIFIC; A T & L RAILROAD COMPANY, INC; ARCHER DANIELS MIDLAND CO

Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendants-appellees pay to plaintiffs-appellants the costs on appeal.

BARKSDALE, Circuit Judge, concurring in part and dissenting in part:

ISSUED AS MANDATE: JUL 1 8 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
                Deputy

New Orleans, Louisiana    JUL 1 8 2007

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 18, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 05-41719 Rico v. Flores
      USDC No. 1:04-CV-117

Enclosed, for the District Court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the District Court only, is a copy of the court's opinion.

The electronic copy of the record has been recycled.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

        By: _____
              Imani Arriola, Deputy Clerk
              504-310-7807

cc: (letter only)
    Honorable Andrew S Hanen
    Mr Alberto Tover Garcia III
    Mr Adrian Rafael Martinez
    Mr Mitchell C Chaney
    Mr Arnulfo Flores Jr
    Mr Todd Lafferty
    Mr Tom Lockhart
    Mr Neil Ernest Norquest
    Mr Joseph A Rodriguez
    Mr Robert Patrick Rodriguez
    Ms Norma Arriaga Trevino

P.S. to Judge Hanen: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1