IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. B-04-117 |
| | § | |
| ARNULFO FLORES, JR., et al., | § | |
| Defendants. | § | |

**ORDER**

Pending before this Court is Plaintiffs' Unopposed Motion to Enter Order of Remand, filed on behalf of Plainitiffs Juvenal Esparza Rico and Arcelia Contreras Ortega, individually and as the sole surviving heirs of the estate of their son, Omar Esparza Contreras, et. al. [Doc. No. 64].  This Court has previously heard Plaintiffs' Opposed Motion for Remand, and denied that motion, but certified the issue for interlocutory appeal. [Doc. No. 29].  Following appeal, the Fifth Circuit reversed this District Court.  *Rico v. Flores*, 481 F.3d 234 (5th Cir. 2007).

In accordance with that opinion, the Court hereby orders that Plaintiffs' cases against Defendants Arnulfo Flores, Jr. and Norma Arriaga Trevino, also known as Norma Bocanegra, are reinstated, and this case is hereby **REMANDED** to the 138th District Court of Cameron County, Texas.

Signed this 24th day of July, 2007.

Andrew S. Hanen
United States District Judge