IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUVENAL ESPARZA RICO AND ARCELIA CONTRERAS ORTEGA, INDIVIDUALLY AND AS THE SOLE SURVIVING HEIRS OF THE ESTATE OF THEIR SON, OMAR ESPARZA CONTRERAS, ET AL : : : : : : : : VS. : : ARNULFO FLORES, JR., NORMA ARRIAGA TREVINO, A/K/A NORMA BOCANEGRA, UNION PACIFIC CORPORATION, UNION PACIFIC RAILROAD COMPANY, A T & L RAILROAD COMPANY, INC., AND ARCHER DANIELS MIDLAND COMPANY : : : : : : : : : | CIVIL ACTION NO. B-04-117 |

**DEFENDANT A T & L RAILROAD CO., INC.'S
RESPONSE TO PLAINTIFFS' "UNOPPOSED" MOTION
TO ENTER ORDER OF REMAND**

TO THE SAID HONORABLE COURT:

COMES NOW Defendants **ARCHER-DANIELS-MIDLAND COMPANY** ("ADM"), and **A T & L RAILROAD COMPANY, INC.** ("ATL") and file this their Response to Plaintiffs' "Unopposed" Motion to Enter Order of Remand and would respectfully show unto the Court the following:

I.

Previously, the Court dismissed Defendants ADM and ATL from this case. Dkt #s 26, 34. While the interlocutory appeal was pending, Defendants ADM and ATL filed an *Unopposed* Motion for Entry of a Final Judgment as to themselves. Dkt # 62.

II.

Now, Plaintiffs file a "Unopposed" Motion to Remand. Dkt # 64. Plaintiffs' counsel did not consult with these Defendants before filing this motion. Defendants ADM and ATL object to the motion in so far as it might remand the disposition as to their claims to state court. Their Motion for Entry of Final Judgment in this Court was unopposed and it should be granted.

WHEREFORE, PREMISES CONSIDERED, Defendants ADM and ATL pray that their prior motion be granted and that final judgment as to them be entered in this Court.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
(956) 428-7495;
(956) 428-2954 (fax)

By  /s/ *Tom Lockhart*
      Tom Lockhart
      State Bar No. 12473500
      Federal ID No. 2257
      Roger W. Hughes
      State Bar No. 10229500
      Fed. ID No. 5950

ATTORNEYS FOR DEFENDANTS ARCHER-DANIELS-MIDLAND COMPANY and A T & L RAILROAD CO.

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the July 24, 2007

Mr. Alberto T. Garcia III  
**Law Offices of Alberto T. Garcia III, P.C.**    **via e-file**  
10125 North 10th Street, Suite E  
McAllen TX 78504  
Counsel for Plaintiffs

Mr. Mitchell C. Chaney    **via e-file**  
**Rodriguez, Colvin & Chaney & Saenz LLP**  
1201 East Van Buren  
P. O. Box 2155  
Brownsville, TX 78522  
Counsel for Defendants, Union Pacific Railroad  
Company and Union Pacific Corporation

Mr. Arnulfo Flores, Jr.  
26648-179  
Released

Ms. Norma Arriaga Trevino    **via regular mail**  
11815-179  
Federal Correctional Institution  
FCI Dublin  
5701 8th St. Camp Parks  
Dublin, CA 94568

                                             /s/ *Tom Lockhart*  
                                              Tom Lockhart