IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| JUVENAL ESPARZA RICO, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. B-04-117 |
| | § | |
| ARNULFO FLORES, JR., et al., | § | |
|     Defendants. | § | |

**ORDER**

Pending before this Court is Defendants Archer-Daniels-Midland Co. and A T & L Railroad Col, Inc.'s Unopposed Motion for Entry of Final Judgment As To the Claims Dismissing Them. [Doc. No. 62]. This Court has previously granted a stipulated dismissal of Defendant Archer Daniels Midland Co. ("Archer") and dismissed A T & L Railroad Co. ("ATL") for lack of personal jurisdiction. [Doc. No. 34, 26]. Archer and ATL moved for entry of final judgment on the claims against them under Fed. R.Civ. P. 54(b). [Doc. No. 62]. The Court hereby **GRANTS** Defendants Motion for Entry of Final Judgment as to the claims dismissing them. The Court now enters Judgment that the Claims of Plaintiffs against Defendants Archer and ATL are hereby dismissed without prejudice.

Signed this 24th day of July, 2007.

Andrew S. Hanen
United States District Judge