

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY, CLERK**

600 E HARRISON, STREET, #101
BROWNSVILLE, TEXAS 78520
(956)548-2500
FAX (956)548-2598

July 24, 2007

Cameron County Courthouse
138th District Court
974 E. Harrison St.
Brownsville, Texas 78520

Re: Case Number B-04-CV-117 - Juvenal Esparza Rico, et al v Arnulfo Flores, Jr., et al

Dear Sir/Madam:

Enclosed is a Certified Copy of the Order entered on July 24, 2007, remanding the above-captioned case to your Court.

Please acknowledge receipt of the enclosed order by executing the receipt below and returning it to our office.

Very truly yours,

MICHAEL N. MILBY, CLERK

By: *[signature]*
Gabriel Mendieta, Deputy Clerk

RECEIVED AND FILED UNDER CIVIL ACTION NO. _____

ON: _____

BY: _____