**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

CA B 04-117
Dkt #70

Sent To: Cam Co Cthse-138th District Court
Street, Apt. No.; or PO Box No. 974 E. Harrison St.]
City, State, ZIP+4 Brownsville, Tx 78520

PS Form 3800, June 2002         See Reverse for Instructions

7005 2570 0000 0440 1301

United States District Court
Southern District of Texas
FILED

JUL 2 4 2007

Michael N. Milby
Clerk of Court