United States District Court
Southern District of Texas
FILED

JUL 3 0 2007

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nancy Zapata_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): F. ZAPATA   C. Date of Delivery: 7/27/07 |
| 1. Article Addressed to:<br><br>Cameron County Courthouse<br>138th District Court<br>974 E Harrison St.<br>Brownsville, Texas 78520<br><br>CA B 04-117 (Dkt #70) | D. Is delivery address different from item 1? ☐ Yes  ☑ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0000 0449 1301 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540