# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

United States District Court
Southern District of Texas
FILED

AUG 0 2 2007

Michael N. Milby
Clerk of Court

August 2, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

          No. 05-41719 Rico v. Flores
              USDC No.  1:04-CV-117

Dear Mr Milby:

The mandate in the above referenced appeal issued in error on
July 18, 2007.   Please return the mandate package to us for
reissuing at a later date.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By:  _____
                         Connie Brown, Deputy Clerk
                         504-310-7671

cc:   Mr Alberto Tover Garcia III
      Mr Adrian Rafael Martinez
      Mr Mitchell C Chaney
      Mr Arnulfo Flores Jr
      Mr Todd Lafferty
      Mr Tom Lockhart
      Mr Neil Ernest Norquest
      Mr Joseph A Rodriguez
      Mr Robert Patrick Rodriguez
      Ms Norma Arriaga Trevino