2004-06-02918-B





COPY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

600 E. HARRISON, STREET, #101
BROWNSVILLE, TEXAS 78520
(956)548-2500
FAX (956)548-2598

**MICHAEL N. MILBY, CLERK**

United States District Court
Southern District of Texas
FILED

AUG 0 8 2007

Michael N. Milby
Clerk of Court

July 24, 2007

Cameron County Courthouse
138th District Court
974 E. Harrison St.
Brownsville, Texas 78520

Re: Case Number B-04-CV-117 - Juvenal Esparza Rico, et al v Arnulfo Flores, Jr., et al

Dear Sir/Madam:

Enclosed is a Certified Copy of the Order entered on July 24, 2007, remanding the above-captioned case to your Court.

Please acknowledge receipt of the enclosed order by executing the receipt below and returning it to our office.

Very truly yours,

MICHAEL N. MILBY, CLERK

By: _Gabriel Mendieta_
       Gabriel Mendieta, Deputy Clerk


RECEIVED AND FILED UNDER CIVIL ACTION NO. 2004-06-2918-B

ON: 8-02-07

BY: _[signature]_

**RECEIVED**

JUL 3 0 2007

**138th
DISTRICT COURT**