RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
TERI L. DANISH‡
ROSAMARIA VILLAGÓMEZ-VELA

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
SARAH A. NICOLAS
NORTON A. (TREY) COLVIN III

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
SHAWN ROSADO MATHIS
AARON PEÑA, JR.‡

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

August 9, 2007

*Via Hand Delivery*
The Honorable Andrew S. Hanen
United States District Court
For the Southern District of Texas
Brownsville Division
301 Federal Building
600 E. Harrison
Brownsville, Texas 78520

*Via Hand Delivery*
The Honorable Arturo C. Nelson
138th Judicial District Court
Cameron County, Texas
974 E. Harrison
Brownsville, Texas 78520



Re:  Fifth Circuit Appellate Cause No. 05-41719; *Rico v. Flores*

Civil Action No. B-04-117; *Rico v. Flores*; U.S. District Court for the Southern District of Texas – Brownsville Division

Cause No. 2004-06-2918-B; *Rico v. Flores*; In the 138th Judicial District Court of Cameron County, Texas

Dear Your Honors:

I received the enclosed letter dated August 2, 2007 from the Clerk of the Fifth Circuit Court of Appeals. The letter advises that the Court's putative July 18, 2007 mandate in the above-referenced case was issued in error --*i.e.*, the letter does not say that the court was recalling a properly-issued mandate, but, instead, that the mandate never properly issued.

McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035

Hon. Andrew S. Hanen
Hon. Arturo C. Nelson
August 9, 2007
Page 2

---

My reading of the cases indicates that a mandate issued in error constitutes no mandate to date. Until the mandate has actually issued, jurisdiction does not re-vest in the Federal District Court. It seems that the July 24, 2007 Order for Remand, which was unopposed, is, therefore, null and void. It appears that only if and when the Court of Appeals issues a proper mandate within the context of its present decision would it be incumbent upon the Federal District Court to issue any order on remand. *See, United States v. Cook*, 592 F.2d 877, 880 (5th Cir. 1979), *cert. denied*, 442 U.S. 921, 99 S.Ct. 2847, 61 L.Ed.2d 289 (1979),[1] *Collin County Texas v. Siemens Business Services, Inc.*, (not reported in F.Supp.2d), 2006 WL 2290551 *1 & 2 (E.D. Tex. 2006).[2]

This is, admittedly, new territory for me, but in light of the above, it seems appropriate that no further action be taken by either Court until we hear from the Fifth Circuit. I am providing opposing counsel with a copy of this letter.

Very truly yours,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP

Mitchell C. Chaney

MCC/ss
Enclosure

cc: *Via CM No. 7005 1820 0007 1482 1677*
*Return Receipt Requested*
Mr. Alberto Tover Garcia III
Mr. Adrian Rafael Martinez
Garcia & Martinez
10113 N. 10th St., Suite H
McAllen, TX 78504

---

[1] "The district court did not reacquire jurisdiction over Cook's case until the mandate of this court was issued." *Id.*, at p. 880.

[2] "[U]ntil the court of appeals mandates a return of jurisdiction to the district court, the case is 'in' the court of appeals and *any action taken by the district court is null and void. Kusay v. United States*, 62 F.3d 192, 194 (7th Cir. 1995); *Zaklama v. Mt. Sinai Med. Ctr.*, 906 F.2d 645, 649 (11th Cir. 1990); *United States v. Wells*, 766 F.2d 12, 19 (1st Cir. 1985); *Wright, Miller & Cooper, Federal Practice and Procedure: Jurisdiction* 3rd § 3949.1 @ 41 (1999)." (Emphasis supplied), at **1 & 2.

Hon. Andrew S. Hanen
Hon. Arturo C. Nelson
August 9, 2007
Page 3

*<u>Via CM No. 7002 2030 0007 0999 3247</u>*
*<u>Return Receipt Requested</u>*
Arnulfo Flores, Jr.
925 E. Carrol
Harlingen, Texas 78550

*<u>Via CM No. 7002 2030 0007 0999 3254</u>*
*<u>Return Receipt Requested</u>*
Norma Arriaga Trevino
Liberty County Institution
IN#04 133 938 H-1
P.O. Box 10069
Liberty, TX  77575