# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 2, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

        No. 05-41719  Rico v. Flores
        USDC No. 1:04-CV-117

Dear Mr Milby:

The mandate in the above referenced appeal issued in error on July 18, 2007. Please return the mandate package to us for reissuing at a later date.

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

                            By: _____
                                Connie Brown, Deputy Clerk
                                504-310-7671

cc:   Mr Alberto Tover Garcia III
      Mr Adrian Rafael Martinez
      Mr Mitchell C Chaney
      Mr Arnulfo Flores Jr
      Mr Todd Lafferty
      Mr Tom Lockhart
      Mr Neil Ernest Norquest
      Mr Joseph A Rodriguez
      Mr Robert Patrick Rodriguez
      Ms Norma Arriaga Trevino

**RECEIVED**
AUG 0 6 2007
RODRIGUEZ, COLVIN
CHANEY, SAENZ