B04CV117

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

AUG 2 2 2007

Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
AUG 1 4 2007
CHARLES R. FULBRUGE III
CLERK

No. 05-41719

JUVENAL ESPARZA RICO; ARCELIA CONTRERAS ORTEGA, Individually as the sole surviving heirs of the Estate of their son, Omar Esparza Contreras; MARIA INES MUNOZ BRIONES, Individually as next friend of her minor children, Ingri Marvella Reyes Munoz and Clarisa Yajaira Reyes Munoz, and as a surviving heir of the Estate of her husband, Juan Enr; JUAN ANTONIO REYES AGUILAR, Individually; IRENE GODINEZ CARDONA, Individually as next friend of her minor son, Roberto Esparza Godinez, and as surviving heir of the Estate of her husband, Roberto Esparza Godinez, and as a surviving heir; CLEMENTINA SANCHEZ, Individually; EVA CRISTINA SANCHEZ SIERRA, Individually as next friend of her minor children, Karla Lizeth Amador Sanchez, Nancy Marisol Amador Sanchez, and Francis Estefania Amador Sanchez, and as a surviving heir; MANUAL DOBLADO AVILA, Individually; DELMIRA SOLER DOBLADO, Individually as next friend of her minor children, Nelis Avila Soler, Ever Avila Soler, and Elmer Roberto Avila Soler, and as a surviving heir of the Estate of her husband, Isidro Avila Bueso; LUDIS YESENIA SOLER, Individually; OBDULIA FERRUFINO BURGOS, Individually as next friend of her minor grandchildren, Jonathan Joel Gutierrez Ferrufino, Lely Ampao Canales Ferrufino, Ivy Roxana Canales Ferrufino, and Oscar Alfredo Ferrufino; ROSA DELIA HERNANDEZ DE ARDON, Individually as next friend of her minor children, Harold Mauricio Ardon Hernandez, Marelyn Ivette Ardon Hernandez, and as a surviving heir of the Estate of her husband; SIXTO ACEVEDO; MARIA EMILIA PEREZ, Individually and as the sole surviving heirs of the Estate of their son, Byron Adner Acevedo Perez

Plaintiffs-Appellants,

v.

ARNULFO FLORES, JR.; NORMA ARRIAGA TREVINO, also known as Norma Bocanegra; UNION PACIFIC; AT&L RAILROAD COMPANY, INC; ARCHER DANIELS MIDLAND CO.

Defendants-Appellees.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana 8/14/07

Appeal from the United States District Court
for the Southern District of Texas
No. 1:04-CV-117

PER CURIAM:

The Court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor, the request for rehearing en banc is DENIED.

ENTERED FOR THE COURT:

*/s/ Edward C. Prado*
United States Circuit Judge

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 15, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 05-41719 Rico v. Flores
    USDC No. 1:04-CV-117

United States District Court
Southern District of Texas
FILED

AUG 2 2 2007

Michael N. Milby
Clerk of Court

Enclosed is an order entered in this case.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
        Debbie Kranz, Deputy Clerk
        504-310-7698

Mr Adrian Rafael Martinez
Mr Arnulfo Flores Jr
Mr Neil Ernest Norquest
Mr Michael N Milby, Clerk

MOT-2